AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 13-mj-116-01-DL |
| | ) | |
| Johnathon Irish | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **12/9/2012 - 1/12/2013** in the county of **Rockingham** in the _____ District of **New Hampshire**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(6) | False statement in connection with the acquisition of a firearm |
| 18 USC 2 | Aiding and abetting |

This criminal complaint is based on these facts:

See attached AffidavitLind

☑ Continued on the attached sheet.

/s/ Lindsay Capodilupo
*Complainant's signature*

Lindsay Capodilupo
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state: **Concord, New Hampshire**   Landya B. McCafferty, U.S. Magistrate Judge
*Printed name and title*

[Print]  [Save As...]  [Attach]  [Reset]