U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 NOV 25 P 4:09

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 13-mj-116-DL |
| ) | |
| JOHNATHON IRISH ) | |

### PETITION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus

1. Name of detainee: Johnathon Irish

2. Detained by: Rockingham County House of Correction

3. Detainee is charged in the district by
   ( ) Indictment    ( ) Information    ( X ) Complaint

   OR is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on November 26, 2013 at 9:30 for arraignment.

Date: November 25, 2013

Nick Abramson
Assistant U.S. Attorney

### WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum                    ( ) Ad Testificandum

The above petition is granted and the above-named custodian, as well as the Federal Bureau of Investigation for this district, is hereby ORDERED to produce the named detainee on the date, at the time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/28/13

Deputy Clerk