UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.

<u>Johnathon Irish</u>

Criminal No. 13-mj-116-01-DL

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, Jonathan R. Saxe, Assistant Federal Defender, is hereby appointed to represent said defendant in this case until further order of the Court.

SO ORDERED.

By the Court,

/s/Jennifer Sackos_____
Jennifer Sackos
Deputy Clerk

Date: November 26, 2013

cc: Nick Abramson, Assistant United States Attorney
Jonathan R. Saxe, Assistant Federal Defender
U.S. Marshal
U.S. Probation

USDC-NH 32 (12/94)