AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2013 NOV 4 AM 8 16

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 13mj116-01-DL |
|  | ) |
| Johnathon Irish | ) |
|  | ) |

Defendant

SEALED DOCUMENT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Johnathan Irish ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. 922(a)(6) -- False statement in connection with the acquisition of a firearm
   18 U.S.C. 2 -- Aiding and abetting

Date:  11/1/13

City and state:   Concord, New Hampshire

*Issuing officer's signature*
Daniel Lynch
Landya B. McCafferty, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/1/2013 , and the person was arrested on *(date)* 11/26/13
at *(city and state)* Brentwood, NH.

Date:   11-26-13

*Arresting officer's signature*

Philip M. Christian, Special Agent
*Printed name and title*

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY:
DEPUTY CLERK