AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2013 DEC 12 A 10: 33

United States of America
v.

Johnathon Irish

Defendant

Case No. 13mj116-01-DL

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Johnathan Irish                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. 922(a)(6) -- False statement in connection with the acquisition of a firearm
   18 U.S.C. 2 -- Aiding and abetting

Date: 11/1/13

City and state:   Concord, New Hampshire

*Issuing officer's signature*
Daniel Lynch
Landya B. McCafferty, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/1/13, and the person was arrested on *(date)* 11/26/13
at *(city and state)* Brentwood, NH.

Date: 11/26/13

*Arresting officer's signature*

Philip M. Christiana, Special Agent FBI
*Printed name and title*