UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:13-cr- |
| ) | |
| JOHNATHON IRISH ) | |
| Defendant. ) | |

_____

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 18th day of December 2013.

This 18th day of December, 2013.

JOHN P. KACAVAS
United States Attorney

By: /s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney

WARRANT ISSUED: _____