UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    V.                                         Cr. No:  1:13-CR-00142-JL

Johnathon Irish

## APPEARANCE

   Enter my appearance as co-counsel for the United States of America in the above-entitled case.

                                                    Respectfully submitted,

                                                    JOHN P. KACAVAS
                                                    United States Attorney

Dated: December 23, 2013                      By: /s/ John P. Kacavas
                                                    John P. Kacavas
                                                    Bar No: 8177
                                                    53 Pleasant Street
                                                    Concord, New Hampshire 03301

## CERTIFICATE OF SERVICE

I, hereby, certify that this Notice of Appearance has been served electronically, through ECF, on Jonathan R. Saxe, Esquire, 22 Bridge Street, 3rd Floor, Concord, New Hampshire, counsel for the defendant this 23rd day of December, 2013.

By: /s/ John P. Kacavas
John P. Kacavas