UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA)
)
v.)No. 13-cr-142-JL
)
JOHNATHON IRISH)
_____

PETITION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus

1. Name of detainee:  Johnathon Irish

2. Detained by:  Rockingham County House of Correction

3. Detainee is charged in the district by
( X ) Indictment( ) Information( ) Complaint

OR is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on December 30, 2013 at 12:45 for Arraignment.

Date:  December 23, 2013_____
Nick Abramson
Assistant U.S. Attorney

WRIT OF HABEAS CORPUS

( ) Ad Prosequendum( ) Ad Testificandum

The above petition is granted and the above-named custodian, as well as the Federal Bureau of Investigation for this district, is hereby ORDERED to produce the named detainee on the date, at the time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:_____
Deputy Clerk