UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                   Criminal No.
                                            13-cr-142-01-JL

Johnathon Irish

O R D E R

I hereby recuse myself from presiding over the above captioned matter, as United States Attorney John P. Kacavas, who is on this Court's recusal list, has entered an appearance.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: December 23, 2013

cc:  Jonathan R. Saxe, AFD
     Nick Abramson, AUSA
     John Paul Kacavas, USA