UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **JOHNATHON IRISH** ) | Cr. No. 1:13-cr-00142-PB |

## PROTECTIVE ORDER REGARDING DISCOVERY

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court orders as follows:

(1) The United States shall provide discovery to counsel for the defendant under the expansive discovery practice of the District of New Hampshire.  The United States indicates that a substantial portion of the discovery will be provided in electronic form on DVDs.  Specifically, the United States indicates that it will provide to the defense approximately 60 DVDs containing, *inter alia*, video- and audio-recorded meetings between the defendant and various individuals.  According to the United States, four of those video-recorded meetings were attended by undercover federal agents.

(2) The United States shall provide this collection of recordings, in its entirety (labeled by the United States 1 through 57), to counsel for the defendant.

(3) Counsel for the defendant may provide the defendant with his own copy of these recordings, except for the seven DVDs (hereafter, the "Protected DVDs") which contain video images of the undercover federal agents – DVDs labeled by the numbers 20, 22, 29, 38, 42a, 42b, and 42c.  Copies of the Protected DVDs shall not be provided directly to the defendant.

(4) Should the defendant wish to review the Protected DVDs, he may do so in the presence of his counsel, using the copy provided to his counsel.

(5) Counsel for the defendant shall not provide copies of the Protected DVDs to anyone who is not a member of, or an employee of, his place of employment.

(6) If it becomes necessary to share the discovery with any other person, counsel shall file a motion seeking the Court's approval for such distribution.

(7) At the conclusion of this case, the defendant and his counsel shall return to the United States all discovery provided by the United States or certify that any such discovery has been destroyed.

SO ORDERED.

 

_____
The Honorable Paul J. Barbadoro
United States District Judge
District of New Hampshire

Date: _____