**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                              Case No. 13-cr-142-PB

**Johnathon Irish**

**O R D E R**

The defendant has moved to continue the February 4, 2014 trial in the above case for a period of 90 days, citing the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from February 4, 2014 to May 6, 2014. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 28, 2014 final pretrial conference is continued to April 21, 2014 at 4:00 p.m.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge


January 17, 2014

cc:   Jonathan Saxe, Esq.
      Nick Abramson, Esq.
      John Paul Kacavas, Esq.
      United States Marshal
      United States Probation