UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CR. NO. 13-CR-00142-PB |
| JOHNATHON IRISH | |

2014 JAN 27 P 12: 30

## WAIVER OF RIGHTS TO SPEEDY TRIAL

I, Johnathon Irish, defendant in the above-captioned matter, hereby waive my constitutional and statutory rights to a speedy trial and agree that my trial may be rescheduled from the two week period beginning February 4, 2014 for at least 90 days. I agree to this delay for the reasons set forth in an assented to Motion to Continue Trial, electronically filed with the Court on January 17, 2014 by my attorney, AFPD Jonathan R. Saxe.

Respectfully submitted,
Johnathon Irish,

Date: 23 January 2014

JOHNATHON IRISH