AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL
CONCORD, NH
2013 DEC 19  PM 2 38

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>)  Case No. 13-cr-142-01-PB<br>)<br>)<br>) |
| Johnathon Irish | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Johnathon Irish                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Aiding and abetting the making of a material false statement in connection with the acquisition of a firearm;
Making a material false statement to a federal agent;
Engaging in the business of dealing in firearms without a federal firearms license;
Possessing a firearm as a regular user of a controlled substance (marihuana)

Date:  12/19/2013

_____
*Issuing officer's signature*

City and state:    Concord, New Hampshire

*Kathy DuPont Deputy Clerk*
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  12/19/13 , and the person was arrested on *(date)*  _____ at *(city and state)*  _____ .<br><br>Date:  12/30/13<br><br>_____<br>*Arresting officer's signature*<br><br>Eugene Robinson Jr.<br>*Printed name and title* |