UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____         )
                                    )
UNITED STATES OF AMERICA            )
                                    )
V.                                  )   CR. NO. 13-cr-00142-PB
                                    )
JOHNATHON IRISH                     )
                                    )
_____         )

## DEFENDANT'S MOTION TO AMEND PERVIOUSLY FILED MOTION FOR RELEASE ON PRETRIAL SUPERVISION

The defendant previously filed a motion for release on pre-trial supervision. In that Motion Counsel inaccurately stated that the case involved a presumption that there were no conditions or combination of conditions which would reasonably assure the safety of the community and the appearance of the defendant. As correctly pointed out in the government's response this is not a presumption case. Therefore the government must prove by clear and convincing evidence that no conditions or combination of conditions will reasonably assure the safety of any person and the community before the defendant is ordered detained. The defendant submits that there is no issue in this case concerning his appearance at required Court hearings.

Counsel was unable to reach AUSA Nick Abramson to obtain concurrence.

No memorandum of law is necessary to the resolution of the issues raised herein.

WHEREFORE the defendant submits this amendment to his previously filed motion for pretrial release.

                                                        Respectfully submitted,
                                                        Johnathon Irish
                                                        By His Attorney,

Date: March 27, 2014                               /s/ Jonathan R. Saxe
                                                        Jonathan R. Saxe
                                                        N.H. Bar No. 8226
                                                        Assistant Federal Defender
                                                        Federal Defender Office
                                                        22 Bridge Street
                                                        Concord, NH 03301
                                                        Tel. (603) 226-7360
                                                        E-mail: jonathan_saxe@fd.org

## CERTIFICATE OF SERVICE

     I hereby certify that the above document was served on the following persons on March 27, 2014, and in the manner specified herein: electronically served through ECF to AUSA Nick Abramson and US Attorney John Kacavas.

                                                         /s/ Jonathan R. Saxe
                                                         Jonathan R. Saxe
                                                         N.H. Bar No. 8226
                                                         Assistant Federal Defender
                                                         Federal Defender Office
                                                         22 Bridge Street
                                                         Concord, NH 03301
                                                         Tel. (603) 226-7360
                                                         E-mail: jonathan_saxe@fd.org