UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAR 27 2014

FILED

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 13-cr-00142-PB |
| ) | |
| JOHNATHON IRISH ) | |

### DEFENDANT'S EXHIBIT LIST FOR 3/27/2014 DETENTION HEARING

The defendant offers the following as a list of exhibits he may present at the March 27, 2014 detention hearing

EXHIBIT A          US Probation criminal history of the defendant

EXHIBIT B          Face book chat from discovery p. 2803

EXHIBIT C          Face Book Chat from discovery p. 2820 - 2821

EXHIBIT D          Transcript of 5/12/13 surveillance of Milton Abrams and Johnathon Irish

Respectfully submitted,
Johnathon Irish
By His Attorney,

Date: March 27, 2014

_____
Jonathan R. Saxe
N.H. Bar No. 8226
Assistant Federal Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301

Tel. (603) 226-7360
E-mail: jonathan_saxe@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on the following persons on March 27, 2014, and in the manner specified herein: electronically served in hand to AUSA Nicholas Abramson.

Jonathan R. Saxe
N.H. Bar No. 8226
Assistant Federal Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: jonathan_saxe@fd.org