```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 13-cr-142-PB

**Jonathan Irish**

**O R D E R**

The defendant has moved through counsel to continue the May 6, 2014 trial in the above case for 60 days, citing the complexity of the case, ongoing discovery, and the need to address anticipated motions to be filed prior to trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from May 6, 2014 to July 8, 2014.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 21, 2014 final pretrial conference is continued to June 30, 2014 at 2:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 8, 2014

cc: Jonathan Saxe, Esq.
    Nicholas Abramson, AUSA
    United States Marshal
    United States Probation