**U.S. Department of Justice**
Office of Justice Programs



# Bureau of Justice Statistics
# Special Report

January 1999, NCJ 172871

# Substance Abuse and Treatment, State and Federal Prisoners, 1997

By Christopher J. Mumola
BJS Policy Analyst

In the 1997 Survey of Inmates in State and Federal Correctional Facilities, over 570,000 of the Nation's prisoners (51%) reported the use of alcohol or drugs while committing their offense. While only a fifth of State prisoners were drug offenders, 83% reported past drug use and 57% were using drugs in the month before their offense, compared to 79% and 50%, respectively, in 1991.  Also, 37% of State prisoners were drinking at the time of their offense, up from 32% in 1991.

Among Federal prisoners the reports of substance abuse increased more sharply.  Although the proportion of Federal prisoners held for drug offenses rose from 58% in 1991 to 63% in 1997, the percentage of all Federal inmates who reported using drugs in the month before the offense rose more dramatically from 32% to 45%.  A fifth of Federal prisoners reported drinking at the time of their offense in 1997, up from a tenth in 1991.

Over 360,000 prisoners — a third of State, and about a quarter of Federal prisoners — said they had participated in drug or alcohol treatment or other substance abuse programs since admission.  Reported levels of drug treatment since admission were lower for both State (10%) and Federal (9%) prisoners than those reported in 1991 (25% and 16%, respectively).  Over the same period, participation in other drug abuse programs increased for both State (from 16% to 20%) and Federal prisoners (from 10% to 20%).

## Highlights

**Half of State inmates and a third of Federal prisoners reported committing their current offense under the influence of alcohol or drugs**

| Self-reports | Percent of prisoners | |
| --- | --- | --- |
| | 1997 | 1991 |
| **Drug use** | | |
| In month before offense | | |
|   State | 57% | 50% |
|   Federal | 45 | 32 |
| | | |
| At the time of offense | | |
|   State | 33% | 31% |
|   Federal | 22 | 17 |
| | | |
| **Alcohol use** | | |
| At the time of offense | | |
|   State | 37% | 32% |
|   Federal | 20 | 11 |
| | | |
| **Alcohol/drug use** | | |
| At the time of offense | | |
|   State | 52% | 49% |
|   Federal | 34 | 24 |

• In 1997 over 80% of State and over 70% of Federal prisoners reported past drug use; about 1 in 6 of both reported committing their current offense to obtain money for drugs.

• About 40% of State and 30% of Federal prisoners reported a prior binge drinking experience; over 40% of both had driven drunk in the past.

• Overall, 3 in 4 State and 4 in 5 Federal prisoners may be characterized as alcohol- or drug-involved offenders.

**Since admission 1 in 8 State prisoners were treated for substance abuse, and 1 in 4 had participated in other alcohol or drug abuse programs**

| | Percent of State prisoners participating since admission | |
| --- | --- | --- |
| | Treatment[a] | Other programs[b] |
| Any treatment | 12% | 28% |
| | | |
| **Drug treatment** | 10% | 20% |
|   Ever used | 12 | 24 |
|   In month before offense | 15 | 28 |
|   Used at time of offense | 18 | 32 |
| | | |
| **Alcohol treatment** | 8% | 21% |
|   Binge drinkers | 14 | 31 |
|   Alcohol dependent | 18 | 38 |
|   Used at time of offense | 14 | 34 |

[a]Includes residential facilities, professional counseling, detoxification units, and maintenance drug programs.
[b]Includes self-help/peer counseling groups, as well as educational or awareness programs.

• Over 50% of State and over 40% of Federal prisoners had ever participated in treatment or other programs for substance abuse; a third of State and a quarter of Federal prisoners had participated since their admission.

• Among both State and Federal prisoners who had used drugs in the month before the offense, about 1 in 7 had been treated for drug abuse since admission; nearly a third had enrolled in other drug abuse programs.

• Since admission 14% of both State and Federal prisoners drinking at the time of offense had been treated for alcohol abuse; a third had enrolled in other alcohol abuse programs.

**Exhibit D**

### Drug offenders accounted for over 250,000 prisoners; 21% of State, over 60% of Federal prisoners in 1997

| | Percent of drug offenders | |
|---|---|---|
| | State | Federal |
| **Type of drug offense** | | |
| Possession | 27.1% | 5.3% |
| Trafficking[a] | 70.1 | 85.8 |
| Other | 2.8 | 8.9 |
| | | |
| **Status at arrest** | | |
| None | 46.2% | 75.9% |
| Status | 53.8 | 24.1 |
| On parole[b] | 27.4 | 10.2 |
| On probation | 25.9 | 13.8 |
| Escaped from custody | 0.5 | 0.2 |
| | | |
| **Criminal history** | | |
| None | 17.4% | 40.6% |
| Priors | 82.6 | 59.4 |
| Violent recidivists | 23.6 | 12.1 |
| Drug recidivists only | 14.1 | 15.9 |
| Other recidivists[c] | 44.9 | 31.4 |
| | | |
| **Number of prior probation/ incarceration sentences** | | |
| 0 | 17.4% | 40.6% |
| 1 | 20.2 | 19.5 |
| 2 | 17.5 | 15.5 |
| 3-5 | 27.2 | 18.2 |
| 6-10 | 11.5 | 5.0 |
| 11 or more | 6.3 | 1.2 |
| | | |
| **Type of drug involved in current offense[d]** | | |
| Marijuana/hashish | 12.9% | 18.9% |
| Cocaine/crack | 72.1 | 65.5 |
| Heroin/other opiates | 12.8 | 9.9 |
| Depressants | 1.2 | 0.6 |
| Stimulants | 9.9 | 11.0 |
| Hallucinogens | 1.1 | 1.7 |

[a]Includes those reporting an intent to distribute.
[b]Includes supervised release.
[c]Includes recidivists with unknown offense types.
[d]More than one type of drug may have been involved in the current offense.

Since the last surveys in 1991, the number of drug offenders in State and Federal prisons has grown by nearly 90,000, or an average annual growth rate of 6.4%. However, the number of inmates incarcerated for nondrug offenses has grown at virtually the same rate over that period (6.3%). As a result, drug offenders make up the same proportion of the prison population as in 1991, despite their substantial numerical growth.

In 1997 drug offenders in State prison reported extensive criminal histories:

• 54% were on probation, parole, or escape at the time of their arrest.
• 83% had a prior sentence to incarceration or probation; 45% had three or more prior sentences.
• 24% had a prior violent offense; 32% reported that all sentences had been for drug offenses.

Drug offenders in Federal prisons reported less severe criminal histories than those in State prisons:

• 24% were on probation, parole, or escape at time of arrest.
• 59% had a prior sentence; 24% had three or more prior sentences.
• 12% had a prior violent offense; 57% had been sentenced solely for drug offenses.

### Half of all prisoners were under the influence of alcohol or drugs at the time of their offense

An estimated 51% of all prisoners (52% of State and 34% of Federal) said they were under the influence of alcohol or drugs while they committed their current offense (table 1). Among State prisoners the incidence of alcohol or drug use at the time of offense showed little variation by offense type, ranging from 52% of violent offenders to 56% of public-order offenders. Among specific offense types only weapons (42%), fraud (43%), and sexual assault (45%) offenders had a minority reporting the influence of alcohol or drugs at the time of their offense.

Among Federal prisoners the reported use of alcohol or drugs at the time of offense showed greater variation by offense type. Violent offenders (40%) reported the highest levels, followed by drug (35%), public-order (30%), and property (23%) offenders. Among specific offense types only murder (52%) and assault (51%) offenders had a majority reporting the use of alcohol or drugs at the time of their current offense. Fraud (15%) and sexual assault (32%) offenders were among the Federal prisoners least likely to have committed their current offense under the influence of alcohol or drugs.

### Assault, murder, and sexual assault most closely tied to alcohol use at the time of offense

A third of State and a fifth of Federal prisoners reported the influence of alcohol at the time of offense. Among State prisoners about two-fifths of public-order and violent offenders were drinking at the time of offense, followed by a third of property and a quarter of drug offenders. Among Federal prisoners reported use of alcohol at the time of offense varied less by offense type, ranging from 16% of property offenders to 25% of violent offenders. For both State and Federal prisoners, the specific offenses most closely related to alcohol use at the time of offense were violent ones — assault, murder, manslaughter, and sexual assault.



Number of prisoners serving a sentence for a drug offense

1997 custody population

Total — 277,859
State — 222,100
Federal — 55,759

**Table 1.  Alcohol or drug use at time of offense of State and Federal prisoners, by type of offense, 1997**

| | | | Percent of prisoners who reported being under the influence at time of offense | | | | | |
| | Estimated number of prisoners[a] | | Alcohol | | Drugs | | Alcohol or drugs | |
| Type of offense | State | Federal | State | Federal | State | Federal | State | Federal |
|---|---|---|---|---|---|---|---|---|
| Total | 1,046,705 | 88,018 | 37.2% | 20.4% | 32.6% | 22.4% | 52.5% | 34.0% |
| Violent offenses | 494,349 | 13,021 | 41.7% | 24.5% | 29.0% | 24.5% | 51.9% | 39.8% |
| Murder | 122,435 | 1,288 | 44.6 | 38.7 | 26.8 | 29.4 | 52.4 | 52.4 |
| Negligent manslaughter | 16,592 | 53 | 52.0 | . . . | 17.4 | . . . | 56.0 | . . . |
| Sexual assault[b] | 89,328 | 713 | 40.0 | 32.3 | 21.5 | 7.9 | 45.2 | 32.3 |
| Robbery | 148,001 | 8,770 | 37.4 | 18.0 | 39.9 | 27.8 | 55.6 | 37.6 |
| Assault | 97,897 | 1,151 | 45.1 | 46.0 | 24.2 | 13.8 | 51.8 | 50.5 |
| Other violent | 20,096 | 1,046 | 39.6 | 32.2 | 29.0 | 15.9 | 48.2 | 37.2 |
| Property offenses | 230,177 | 5,964 | 34.5% | 15.6% | 36.6% | 10.8% | 53.2% | 22.6% |
| Burglary | 111,884 | 294 | 37.2 | . . . | 38.4 | . . . | 55.7 | . . . |
| Larceny/theft | 43,936 | 414 | 33.7 | . . . | 38.4 | . . . | 54.2 | . . . |
| Motor vehicle theft | 19,279 | 216 | 32.2 | . . . | 39.0 | . . . | 51.2 | . . . |
| Fraud | 28,102 | 4,283 | 25.2 | 10.4 | 30.5 | 6.5 | 42.8 | 14.5 |
| Other property | 26,976 | 757 | 36.0 | 22.8 | 30.6 | 16.4 | 53.2 | 34.6 |
| Drug offenses | 216,254 | 55,069 | 27.4% | 19.8% | 41.9% | 25.0% | 52.4% | 34.6% |
| Possession | 92,373 | 10,094 | 29.6 | 21.3 | 42.6 | 25.1 | 53.9 | 36.0 |
| Trafficking | 117,926 | 40,053 | 25.5 | 19.4 | 41.0 | 25.9 | 50.9 | 35.0 |
| Other drug | 5,955 | 4,922 | 29.9 | 19.7 | 47.1 | 17.1 | 59.2 | 29.0 |
| Public-order offenses | 103,344 | 13,026 | 43.2% | 20.6% | 23.1% | 15.6% | 56.2% | 30.2% |
| Weapons | 25,642 | 6,025 | 28.3 | 23.0 | 22.4 | 24.4 | 41.8 | 37.1 |
| Other public-order | 77,702 | 7,001 | 48.1 | 18.5 | 23.3 | 8.1 | 60.9 | 24.1 |

. . .Too few cases in the sample to permit calculation.    [b]Includes rape and other sexual assault.
[a]Based on cases with valid offense data.  See *Methodology*
for differences from other BJS prisoner counts.

## A third of State and a fifth of Federal prisoners said they used drugs at the time of offense

A third of State prisoners said they had committed their current offense while under the influence of drugs.  Drug (42%) and property offenders (37%) reported the highest incidence of drug use at the time of offense, followed by violent (29%) and public-order offenders (23%).  Among specific offenses drug possession (43%) and trafficking (41%) and robbery (40%) were the most closely tied to drug influence, while manslaughter (17%) and sexual assault (22%) offenders were the least likely to report drug use during the offense.

About 1 in 5 Federal prisoners committed their offense under the influence of drugs.  Among violent offenders Federal prisoners (25%) were nearly as likely as State prisoners (29%) to report drug influence.  However, Federal drug (25%) and property offenders (11%) reported a much lower incidence of drug use during the offense than State prisoners (42% and 37%, respectively).  Murder (29%) and robbery (28%) offenders were the Federal prisoners most likely to report drug influence.

## Prior drug use by State prisoners remained stable since 1991, except for marijuana use

Over 80% of State prisoners said they had used drugs at some time in the past; a slight increase since 1991 (table 2).  Marijuana (77%) and

**Table 2.  Drug use of State prisoners, 1991 and 1997**

| | Percent of State prisoners who reported — | | | | | | | |
| | Ever using drugs | | Ever using drugs regularly[a] | | Using drugs in the month before offense | | Using drugs at the time of offense | |
| Type of drug | 1997 | 1991 | 1997 | 1991 | 1997 | 1991 | 1997 | 1991 |
|---|---|---|---|---|---|---|---|---|
| Any drug[b] | 83.0% | 79.4% | 69.6% | 62.2% | 56.5% | 49.9% | 32.6% | 31.0% |
| Marijuana/hashish | 77.0 | 73.8 | 58.3 | 51.9 | 39.2 | 32.2 | 15.1 | 11.4 |
| Cocaine/crack | 49.2 | 49.4 | 33.6 | 31.9 | 25.0 | 25.2 | 14.8 | 14.5 |
| Heroin/opiates | 24.5 | 25.2 | 15.0 | 15.3 | 9.2 | 9.6 | 5.6 | 5.8 |
| Depressants[c] | 23.7 | 24.0 | 11.3 | 10.8 | 5.1 | 3.8 | 1.8 | 1.0 |
| Stimulants[d] | 28.3 | 29.7 | 16.3 | 16.6 | 9.0 | 7.4 | 4.2 | 2.9 |
| Hallucinogens[e] | 28.7 | 26.9 | 11.3 | 11.5 | 4.0 | 3.7 | 1.8 | 1.6 |
| Inhalants | 14.4 | -- | 5.4 | -- | 1.0 | -- | -- | -- |

Note:  Detail adds to more than total because prisoners may have used more than one type of drug.
--Not reported.
[a]Used drugs at least once a week for at least a month.
[b]Other unspecified drugs are included in the totals.
[c]Includes barbiturates, tranquilizers, and Quaalude.
[d]Includes amphetamine and methamphetamine.
[e]Includes LSD and PCP.

**Table 3.  Drug use of Federal prisoners, 1991 and 1997**

| | Percent of Federal prisoners who reported — | | | | | | | |
| | Ever using drugs | | Ever using drugs regularly[a] | | Using drugs in the month before offense | | Using drugs at the time of offense | |
| Type of drug | 1997 | 1991 | 1997 | 1991 | 1997 | 1991 | 1997 | 1991 |
|---|---|---|---|---|---|---|---|---|
| Any drug[b] | 72.9% | 60.1% | 57.3% | 42.1% | 44.8% | 31.8% | 22.4% | 16.8% |
| Marijuana/hashish | 65.2 | 52.8 | 46.6 | 32.2 | 30.4 | 19.2 | 10.8 | 5.9 |
| Cocaine/crack | 44.8 | 37.3 | 28.2 | 20.6 | 20.0 | 15.4 | 9.3 | 7.7 |
| Heroin/opiates | 16.1 | 14.1 | 8.9 | 9.3 | 5.4 | 5.5 | 3.0 | 3.7 |
| Depressants[c] | 16.5 | 13.1 | 8.0 | 5.3 | 3.2 | 1.4 | 1.0 | 0.3 |
| Stimulants[d] | 20.9 | 16.8 | 12.9 | 8.3 | 7.6 | 3.9 | 4.1 | 1.8 |
| Hallucinogens[e] | 19.0 | 14.8 | 6.4 | 4.8 | 1.7 | 1.2 | 0.8 | 0.5 |
| Inhalants | 7.7 | -- | 2.6 | -- | 0.5 | -- | -- | -- |

Note:  Detail adds to more than total because prisoners
may have used more than one type of drug.
--Not reported.
[a]Used drugs at least once a week for at least a month.

[b]Other unspecified drugs are included in the totals.
[c]Includes barbiturates, tranquilizers, and Quaalude.
[d]Includes amphetamine and methamphetamine.
[e]Includes LSD and PCP.

cocaine-based drugs, including crack (49%), were the most commonly used drugs, followed by hallucinogens (29%), stimulants (28%), opiates, including heroin, and depressants (both 24%).   In addition, about 1 in 7 State prisoners reported using inhalants in the past.

Fifty-seven percent of State prisoners said they had used drugs in the month before their current offense, up from 50% in 1991.  The use of marijuana in the month before the offense (39%) had increased since 1991 (32%), while the use of other drugs remained largely unchanged.  A quarter of State prisoners reported using cocaine-based drugs in the month before the offense.  Opiates, including heroin, and stimulants (both 9%) were the only other types of drugs used by more than 5% of State prisoners in the month before the offense.

A third of State prisoners had used drugs at the time of offense, which was almost unchanged since 1991.  The percentage of State prisoners reporting marijuana use at the time of the offense grew slightly from 11% to 15%, while the use of other types of drugs remained the same since 1991.  Although many more State prisoners had used marijuana (77%) than cocaine-based drugs (49%) in the past, an equal percentage (15%) of State inmates had used these drugs at the time of the offense.

**Nearly three-quarters of Federal prisoners had used drugs in the past** — up from 60% in 1991

In 1991, 60% of Federal prisoners reported prior drug use, compared to 79% of State prisoners (table 3).  In 1997 this gap in prior drug use was narrowed, as the percentage of Federal inmates reporting past drug use rose to 73%, compared to 83% of State inmates.  This increase was mostly due to a rise in the percentage of Federal prisoners reporting prior use of marijuana (from 53% in 1991 to 65%) and cocaine-based drugs (from 37% to 45%).

Most other drug types showed modest increases over this period.  A fifth of Federal prisoners had used stimulants and hallucinogens, followed by depressants and opiates, including heroin (both 16%).  About 1 in 12 Federal prisoners reported the prior use of inhalants.

The percentage of Federal inmates reporting past regular drug use — using at least once a week for a month or longer — also rose, from 42% to 57% since 1991.  Past regular users of marijuana grew from a third to nearly half of the Federal prison population, while a quarter had used cocaine-based drugs regularly.  Stimulants, such as methamphetamine, had been used regularly by 13% of Federal prisoners, up from 8% in 1991.

**Over 40% of Federal prisoners used drugs in the month before the offense; 20% used cocaine or crack**

In the month before their current offense, 45% of Federal prisoners had used drugs, an increase from the 32% reported in 1991.  The use of marijuana led this trend (up from 19% to 30%), while use of cocaine-based drugs showed a smaller increase (from 15% to 20%).  Although the percentage of Federal prisoners using stimulants grew slightly from 4% to 8%, fewer than 10% of Federal inmates used any type of drug besides marijuana and cocaine/crack in the month before the offense.

The percentage of Federal prisoners reporting the use of drugs at the time of their offense grew from 17% to 22% since 1991.  The percentage of Federal inmates using marijuana while committing their offense grew from 6% to 11% over this period, while the percentage using cocaine or crack was relatively unchanged at 9%.  Fewer than 5% of Federal inmates had used any other type of drug at the time of the offense.

Despite these increases in past drug use among Federal prisoners, as well as their much higher percentage of drug offenders (see box, page 2), higher percentages of State prisoners still reported past drug use on all measures and for each type of drug.

**Exhibit D**

**Past experiences of alcohol abuse, by number of positive CAGE responses of State prisoners, 1997**

| | Percent of State prisoners reporting past experience, by the number of positive CAGE responses | | | | |
| --- | --- | --- | --- | --- | --- |
| | 0 | 1 | 2 | 3 | 4 |
| Under the influence of alcohol at the time of the offense | 15.4% | 46.7% | 59.0% | 65.9% | 75.6% |
| Ever had a binge drinking experience* | 14.1 | 55.4 | 65.8 | 77.3 | 88.1 |
| Ever gotten into physical fights because of drinking | 13.2 | 50.6 | 63.0 | 71.7 | 82.6 |
| Estimated number of State prisoners | 573,473 | 118,628 | 111,759 | 128,065 | 127,681 |

*Binge drinking is defined as having consumed as much as a fifth of liquor in a single day, equivalent to 20 drinks, 3 bottles of wine, or as many as 3 six-packs of beer.

The CAGE questionnaire is a diagnostic instrument for detecting a person's history of alcohol abuse or dependence. CAGE is an acronym for the four questions used by the instrument — attempts to (C)ut back on drinking, (A)nnoyance at others' criticism of one's drinking, feelings of (G)uilt about drinking, and needing a drink first thing in the morning as an (E)ye opener to steady the nerves. The CAGE instrument determines a person's likelihood of alcohol abuse by the number of positive responses to these questions.

In a clinical test involving hospital admissions, three or more positive CAGE responses carried a .99 predictive value for alcohol abuse or dependence.* In addition, there is a strong relationship of positive CAGE responses to other self-reported indicators of prior alcohol abuse from the Survey of Inmates in State Correctional Facilities (table above). While 14% of those State inmates with no positive CAGE responses reported a past "binge drinking" episode, the same was true of 88% of those with four CAGE replies. Likewise, 15% of those with zero positive CAGE responses had committed their offense while under the influence of alcohol, compared to 76% of those with four positive replies. In this report, only those prisoners with three or more positive responses are categorized as alcohol abusive or dependent.

—————

*Data on the predictive values of the CAGE instrument are taken from the article "Screening for Alcohol Abuse Using the CAGE Questionnaire" by B. Bush and others, *The American Journal of Medicine*, Vol. 82, February 1987, pp. 231-35.

**About 1 in 6 prisoners said they committed their offense to get money for drugs**

Nineteen percent of State prisoners, and 16% of Federal inmates said that they committed their current offense to obtain money for drugs. These percentages represent a slight increase from 1991, when 17% of State and 10% of Federal prisoners identified drug money as a motive for their current offense.

| | Percent of prisoners who reported committing their offense to obtain money for drugs | |
| --- | --- | --- |
| | 1997 | 1991 |
| State prisoners | 19% | 17% |
| Federal prisoners | 16 | 10 |

**Responses from a quarter of State, a sixth of Federal prisoners indicated past alcohol abuse or dependence**

According to the CAGE diagnostic instrument (see box), 24% of State prisoners reported experiences that are consistent with a history of alcohol abuse or dependence (table 4). The incidence of alcohol abuse among State prisoners varied somewhat by offense type. Thirty-one percent of public-order offenders provided three or more positive CAGE responses, followed by property (27%), violent (24%), and drug offenders (19%). Drug offenders were also the least likely to report at least one positive CAGE response (41%), while public-order offenders (56%) were the most likely.

Federal prisoners were less likely than State inmates to report past alcohol abuse or dependence. Overall, 16% of Federal prisoners provided three or more positive CAGE replies, with little variation across offense types. Violent (19%) and public-order (17%) offenders were about as likely as drug (16%) and property (15%) offenders to indicate a history of alcohol abuse. Federal prisoners were also less likely to have provided at least one positive CAGE response (35%) than State prisoners (46%).

**Table 4. Number of positive CAGE responses for State and Federal prisoners, by type of offense, 1997**

| Type of offense | Estimated number of prisoners | Percent of prisoners, by the number of positive CAGE responses | | | |
| --- | --- | --- | --- | --- | --- |
| | | 1 or more | 2 or more | 3 or more | 4 |
| All State prisoners | 1,046,705 | 46.3% | 35.1% | 24.4% | 12.2% |
| Violent | 494,349 | 46.5% | 35.4% | 24.2% | 11.7% |
| Property | 230,177 | 47.9 | 37.6 | 27.3 | 14.7 |
| Drug | 216,254 | 40.9 | 28.1 | 19.1 | 9.0 |
| Public-order | 103,344 | 55.6 | 43.4 | 31.0 | 16.1 |
| All Federal prisoners | 88,018 | 34.9% | 24.8% | 16.3% | 7.3% |
| Violent | 13,021 | 40.5% | 27.8% | 18.8% | 9.4% |
| Property | 5,964 | 30.4 | 21.2 | 15.0 | 6.6 |
| Drug | 55,069 | 33.5 | 23.8 | 15.6 | 6.5 |
| Public-order | 13,026 | 36.9 | 26.7 | 17.1 | 8.7 |

Exhibit D

**Table 5.  Experiences while under the influence of alcohol or drugs reported by State and Federal prisoners, 1997**

| | Percent of prisoners | | | | | |
| | Alcohol | | Drugs | | Alcohol or drugs | |
| Past experiences | State | Federal | State | Federal | State | Federal |
| --- | --- | --- | --- | --- | --- | --- |
| Have you ever driven a car or any other vehicle while under the influence of alcohol...drugs? | 46.8% | 43.1% | 53.1% | 45.8% | 64.3% | 58.6% |
| Have you ever had arguments with your spouse, family, or friends while or right after drinking...using drugs? | 40.2 | 28.8 | 41.9 | 29.7 | 56.0 | 41.2 |
| Have you ever lost a job because of your drinking...using drugs? | 10.3 | 5.0 | 15.3 | 8.2 | 20.0 | 10.7 |
| Have you ever had job or school trouble because of your drinking...using drugs (such as demotion at work or dropping out of school)? | 15.6 | 7.8 | 22.3 | 12.0 | 28.0 | 15.5 |
| Have you ever been arrested or held at a police station because of your drinking ...using drugs? | 29.5 | 19.2 | 29.0 | 18.1 | 44.6 | 30.3 |
| Have you ever gotten into a physical fight while or right after drinking...using drugs? | 38.3 | 22.8 | 32.5 | 17.1 | 48.5 | 28.3 |
| Have you ever had as much as a fifth of liquor in 1 day (20 drinks, 3 six-packs of beer, or 3 bottles of wine)? | 41.0 | 30.3 | -- | -- | -- | -- |
| Have you ever used a needle to inject any drugs for nonmedical reasons? | -- | -- | 20.0 | 12.3 | -- | -- |
| --Not applicable. | | | | | | |

### Over 60% of all prisoners had driven while under the influence of alcohol or drugs

Substantial percentages of both State and Federal prisoners reported having engaged in dangerous and troubled behaviors associated with past alcohol and drug abuse.  Among State prisoners nearly two-thirds said they had previously driven while under the influence of alcohol or drugs (table 5).  Half of State prisoners had also experienced alcohol- or drug-related domestic disputes (56%) or had been involved in physical fights related to their alcohol or drug use (49%).  Over 40% had been arrested at some time as a result of their alcohol or drug use, and over 25% had experienced trouble at work or school.

A slightly lower percentage of Federal prisoners reported these experiences. As with State prisoners the most commonly reported behavior was driving under the influence of alcohol or drugs (59%).  Two-fifths of Federal prisoners had been involved in alcohol- or drug-related domestic disputes, and nearly a third of Federal prisoners reported a prior arrest involving their alcohol or drug abuse.  A tenth of Federal prisoners had lost their job due to alcohol or drug abuse, compared to a fifth of State prisoners.

Two-fifths of State prisoners reported a prior "binge drinking" experience — consuming the equivalent of a fifth of liquor in a single day.  In addition, 1 in 5 State prisoners said they had used intravenous drugs in the past.  Fewer Federal inmates reported both "binge drinking" (30%) and prior intravenous drug use (12%).

### Prisoners were as likely to experience problems with alcohol as with drugs

Breaking these behaviors down separately into alcohol- or drug-related experiences yielded few substantial differences.  For example, the percentage of State prisoners who had domestic disputes (40%) or prior arrests (29%) related to alcohol abuse matched those reporting such experiences related to drug use (42% and 30%, respectively).  Among Federal prisoners similar percentages reported driving under the influence of alcohol (43%) and drugs (46%) and getting into alcohol- (29%) and drug-related (30%) domestic disputes.

**Exhibit D**

**Female State prisoners reported higher levels of past drug use; levels higher for male Federal prisoners**

Women in State prisons (62%) were more likely than men (56%) to have used drugs in the month before the offense (table 6). Women were also more likely to have committed their offense while under the influence of drugs (40%, compared to 32%). However, nearly equal percentages of men and women in State prisons reported using drugs in the past.

Among Federal prisoners higher percentages of men reported past drug use (74%, compared to 63% of women) as well as drug use in the month before the offense (45%, compared to 37%). At the time of offense, about equal percentages of men (23%) and women (19%) in Federal prisons reported the influence of drugs during their offense.

**Prior drug use of State prisoners varies little by race; Hispanics report lowest levels in Federal prisons**

Among State prisoners prior drug use patterns varied little across racial or ethnic groups. Similar percentages of non-Hispanic whites and blacks (84% of each) and Hispanics (81%) reported using drugs in the past. Slightly over half of each group had used drugs in the month before the offense, and about a third of each said they had used drugs at the time of offense.

In Federal prisons fewer Hispanics reported drug use on all measures. Less than half of Hispanic Federal prisoners had used drugs regularly, and about a third used drugs in the month before the offense. Nearly equal percentages of non-Hispanic whites and blacks reported past drug use (77% of whites, 78% of blacks), regular drug use (63% and 62%), and drug use in the month before the offense (49% and 47%).

**Prisoners age 44 and younger report more prior drug abuse than older prisoners**

Prisoners in age categories below 45 (87% of State, 76% of Federal prisoners) reported similar levels of prior drug use, and their incidence of drug use was consistently higher than that of older prisoners.

Over 80% of State prisoners under 45 reported some prior drug use, compared to 63% of those 45 or older. A third of State prisoners under 45 said they committed their offense while on drugs, compared to a fifth of those 45 or older. Likewise, in Federal prisons 49% of prisoners under 45 used drugs in the month before their offense, compared to 32% of older prisoners.

**Table 6. Levels of prior drug abuse, by selected characteristics of State and Federal prisoners, 1997**

| | | Percent of prisoners reporting use of drugs — | | | |
| Characteristic | Estimated number of prisoners[a] | Ever in the past | Used regularly[b] | In the month prior to offense | At the time of offense |
|---|---|---|---|---|---|
| **All State prisoners** | 1,059,607 | 83.0% | 69.6% | 56.5% | 32.6% |
| Sex | | | | | |
| Male | 993,365 | 82.9% | 69.3% | 56.1% | 32.1% |
| Female | 66,242 | 84.0 | 73.6 | 62.4 | 40.4 |
| Race/Hispanic origin | | | | | |
| White non-Hispanic | 352,864 | 83.6% | 70.5% | 55.2% | 33.9% |
| Black non-Hispanic | 492,676 | 83.7 | 70.5 | 58.3 | 31.9 |
| Hispanic | 179,998 | 80.7 | 65.6 | 55.0 | 33.0 |
| Other | 34,069 | 79.0 | 66.7 | 52.7 | 27.8 |
| Age | | | | | |
| 24 or younger | 209,343 | 84.1% | 71.1% | 63.2% | 33.3% |
| 25-34 | 404,034 | 86.4 | 72.9 | 60.0 | 35.0 |
| 35-44 | 311,999 | 86.3 | 73.4 | 56.5 | 34.5 |
| 45-54 | 103,470 | 70.5 | 55.2 | 40.4 | 22.7 |
| 55 or older | 30,761 | 39.0 | 24.3 | 18.4 | 9.7 |
| **All Federal prisoners** | 89,072 | 72.9% | 57.3% | 44.8% | 22.4% |
| Sex | | | | | |
| Male | 82,646 | 73.7% | 58.1% | 45.4% | 22.7% |
| Female | 6,426 | 62.8 | 47.2 | 36.7 | 19.3 |
| Race/Hispanic origin | | | | | |
| White non-Hispanic | 26,616 | 77.2% | 63.5% | 49.4% | 28.6% |
| Black non-Hispanic | 33,697 | 77.5 | 61.9 | 47.2 | 22.2 |
| Hispanic | 24,349 | 63.5 | 45.5 | 37.5 | 16.9 |
| Other | 4,411 | 64.2 | 50.0 | 38.5 | 18.1 |
| Age | | | | | |
| 24 or younger | 7,933 | 80.4% | 65.4% | 57.2% | 28.1% |
| 25-34 | 32,634 | 76.0 | 60.6 | 48.5 | 23.0 |
| 35-44 | 27,259 | 77.2 | 60.6 | 46.8 | 24.7 |
| 45-54 | 14,501 | 67.6 | 52.5 | 35.2 | 18.8 |
| 55 or older | 6,746 | 43.6 | 28.6 | 24.3 | 11.8 |

[a]Based on probability of selection in the sample and adjusted to June 30, 1997, custody counts.
[b]Regular use is defined as once a week or more for at least a month.

**Exhibit D**

**Alcohol abuse more prevalent among whites, male prisoners**

Prior alcohol abuse was more prevalent among male prisoners (table 7). Male State prisoners were more likely to have been drinking at the time of the offense (38%) or to report past binge drinking (42%) than women (about 29% for both). However, about a quarter of both men and women fit the CAGE profile of alcohol dependence.

Among Federal inmates men were also more likely than women to report each measure of alcohol abuse. More male Federal inmates committed their offense while drinking (21%) and were past "binge drinkers" (31%) than women (15% and 19%, respectively).

Non-Hispanic whites consistently reported the highest levels of alcohol abuse among State inmates. A majority of whites reported a prior binge drinking experience, and a third met the CAGE criteria for alcohol dependence. Among Hispanic State inmates 40% reported a prior binge drinking experience, and 22% met the CAGE criteria for alcohol dependence, higher than blacks on both measures (32% and 19%, respectively).

Prior alcohol abuse varied little by race among Federal prisoners. White Federal inmates reported the highest incidence of prior binge drinking (38%), but were not significantly higher than black or Hispanic inmates on other alcohol abuse measures.

Prisoners' reports of alcohol abuse were not related to age. Among those State prisoners in the age groups between 25 and 54, similar percentages reported all three measures of prior alcohol abuse.

Among Federal prisoners, between 12% and 20% of all age groups met the CAGE profile for alcohol dependence, and those reporting alcohol influence at time of offense ranged from 13% to 22% of various age groups.

**Three-quarters of all prisoners can be characterized as alcohol- or drug-involved offenders**

About three-quarters of all prisoners reported some type of involvement with alcohol or drug abuse in the time leading up to their current offense. Among State prisoners the largest groups of alcohol- or drug-involved inmates were those who used drugs in the month before the offense (57%) and those under the influence of alcohol or drugs while committing their offense (52%). Among Federal prisoners conviction for a drug offense (63%) made up the largest component of alcohol or drug involvement. Fewer Federal than State prisoners abused drugs in the month before the offense (45%), or used alcohol or drugs at the time of offense (34%).

| | Percent of prisoners | |
|---|---|---|
| | State | Federal |
| Current drug offense | 20.7% | 62.6% |
| Current DWI offense | 1.6 | -- |
| Alcohol/drug influence at time of offense | 52.5 | 34.0 |
| Drug use in the month prior to offense | 56.5 | 44.8 |
| 3 or more positive CAGE responses | 24.4 | 16.2 |
| **Alcohol- or drug-involved prisoners** | 76.2% | 82.1% |

Many drug offenders reported that they were not using drugs regularly in the month before their offense. If such drug offenders were excluded from this category, the percentage of alcohol- or drug-involved State inmates drops slightly to 69%. However, with this restriction the percentage of Federal prisoners who were alcohol- or drug-involved declines sharply to 52%.

**Table 7. Levels of prior alcohol abuse, by selected characteristics of State and Federal prisoners, 1997**

| | | Percent of prisoners reporting prior alcohol abuse | | |
|---|---|---|---|---|
| Characteristic | Estimated number of prisoners* | Ever had a "binge drinking" experience | Under the influence of alcohol at the time of offense | 3 or more positive CAGE responses |
| **All State prisoners** | 1,059,607 | 41.0% | 37.2% | 24.4% |
| Sex | | | | |
| Male | 993,365 | 41.8% | 37.7% | 24.5% |
| Female | 66,242 | 29.9 | 29.1 | 23.4 |
| Race/Hispanic origin | | | | |
| White non-Hispanic | 352,864 | 53.5% | 42.7% | 33.5% |
| Black non-Hispanic | 492,676 | 31.9 | 33.0 | 18.6 |
| Hispanic | 179,998 | 39.9 | 36.7 | 22.0 |
| Other | 34,069 | 49.6 | 41.7 | 27.7 |
| Age | | | | |
| 24 or younger | 209,343 | 40.2% | 30.7% | 15.8% |
| 25-34 | 404,034 | 42.3 | 37.7 | 24.8 |
| 35-44 | 311,999 | 42.3 | 41.3 | 28.6 |
| 45-54 | 103,470 | 37.4 | 37.7 | 28.5 |
| 55 or older | 30,761 | 29.3 | 30.2 | 22.5 |
| **All Federal prisoners** | 89,072 | 30.3% | 20.4% | 16.2% |
| Sex | | | | |
| Male | 82,646 | 31.2% | 20.9% | 16.6% |
| Female | 6,426 | 18.8 | 15.1 | 11.6 |
| Race/Hispanic origin | | | | |
| White non-Hispanic | 26,616 | 38.3% | 22.1% | 19.3% |
| Black non-Hispanic | 33,697 | 25.0 | 21.1 | 12.5 |
| Hispanic | 24,349 | 28.2 | 16.8 | 17.8 |
| Other | 4,411 | 34.9 | 26.0 | 17.6 |
| Age | | | | |
| 24 or younger | 7,933 | 31.8% | 18.4% | 12.0% |
| 25-34 | 32,634 | 32.1 | 22.5 | 15.3 |
| 35-44 | 27,259 | 30.8 | 20.5 | 17.2 |
| 45-54 | 14,501 | 29.1 | 20.2 | 19.7 |
| 55 or older | 6,746 | 20.8 | 13.4 | 14.5 |

*Based on probability of selection in the sample and adjusted to June 30, 1997, custody counts.

**A third of State, a quarter of Federal prisoners said they had ever been treated for substance abuse**

A third of State prisoners reported past participation in alcohol or drug abuse treatment, such as time spent in a residential facility, professional counseling, detoxification, or use of a maintenance drug (table 8). About 1 in 8 State prisoners had participated in these types of alcohol or drug treatment since their admission to prison.

Two-fifths of State prisoners also reported past participation in other alcohol or drug abuse programs, such as self-help groups, peer counseling, and education/awareness programs. A quarter of State prisoners had taken part in such programs since their admission. Overall, a majority (56%) of State prisoners had taken part in either substance abuse treatment or other alcohol and drug programs in the past, and a third had enrolled in either since their admission to prison.

Among Federal prisoners 1 in 4 said they had ever been in alcohol or drug treatment, and 1 in 10 had been treated since their admission to prison. In addition, a third of Federal prisoners reported participation in other alcohol or drug programs, and a fifth had taken part in such programs since admission.

**Treatment tied to past use, time remaining until expected release**

Participation in treatment programs rose among those prisoners involved with alcohol or drugs at the time of their offense. Among alcohol- or drug-involved State prisoners, 41% reported past treatment, including 15% who had been treated since admission. Among Federal prisoners who had committed their offense under the influence of alcohol or drugs, 41% reported past treatment and 17% had been treated since admission. About two-thirds of all prisoners who committed their offense under the influence had ever been in treatment or other abuse programs.

Participation in substance abuse treatment since admission also varied by the amount of time remaining until expected release. Among those alcohol- or drug-involved prisoners serving their final 6 months, a higher percentage said they had been treated since admission (19% of State, 20% of Federal) than those with over a year until release (13% of State, 10% of Federal). Participation in other abuse programs was also highest for those alcohol- or drug-involved offenders serving their final 6 months in prison.

| Time to expected release | Percent of alcohol- or drug-involved prisoners participating since admission | |
|---|---|---|
| | Treatment | Other programs |
| State prisoners | | |
| Less than 6 months | 18.6% | 34.0% |
| 6-12 months | 16.3 | 32.4 |
| Greater than 1 year | 12.6 | 31.0 |
| Federal prisoners | | |
| Less than 6 months | 20.5% | 36.9% |
| 6-12 months | 12.5 | 28.4 |
| Greater than 1 year | 10.0 | 24.2 |

**Table 8. Substance abuse treatment history of State and Federal prisoners, by reported prior substance abuse, 1997**

| | Percent of prisoners | | | | | |
|---|---|---|---|---|---|---|
| | Total | | Alcohol- or drug-involved prisoners | | Under the influence of alcohol or drugs at the time of offense | |
| Type of treatment | State | Federal | State | Federal | State | Federal |
| **Ever in any treatment or programs** | 56.4% | 46.4% | 64.8% | 51.4% | 69.3% | 66.1% |
| Any treatment | 34.5 | 24.6 | 41.5 | 27.7 | 46.3 | 40.6% |
| Other alcohol/drug programs | 43.1 | 35.4 | 49.4 | 39.2 | 52.5 | 50.8 |
| **Participated while under correctional supervision** | 47.8% | 39.2% | 55.2% | 43.5% | 59.2% | 55.8% |
| Any treatment | 26.2 | 18.9 | 31.7 | 21.3 | 35.5 | 30.4 |
| In prison/jail | 19.7 | 15.0 | 23.9 | 16.9 | 27.0 | 24.6 |
| On probation/parole | 15.0 | 8.4 | 18.3 | 9.6 | 20.6 | 14.6 |
| Other alcohol/drug programs | 37.5 | 30.9 | 43.2 | 34.4 | 46.2 | 44.9 |
| In prison/jail | 33.3 | 27.4 | 38.3 | 30.5 | 41.0 | 40.6 |
| On probation/parole | 17.2 | 10.1 | 20.5 | 11.4 | 22.6 | 16.1 |
| **Participated since admission** | 32.5% | 28.2% | 37.7% | 31.6% | 41.1% | 42.7% |
| Any treatment | 12.0 | 10.4 | 14.6 | 11.7 | 16.7 | 17.4 |
| Residential facility or unit | 6.9 | 7.3 | 8.5 | 8.2 | 10.1 | 12.4 |
| Counseling by a professional | 5.1 | 3.8 | 6.2 | 4.3 | 6.9 | 6.3 |
| Detoxification unit | 0.8 | 0.2 | 1.0 | 0.2 | 1.3 | 0.3 |
| Maintenance drug | 0.2 | 0.2 | 0.3 | 0.2 | 0.3 | 0.2 |
| Other alcohol/drug programs | 27.5 | 23.1 | 31.9 | 26.0 | 34.6 | 35.2 |
| Self-help group/peer counseling | 22.7 | 11.2 | 26.7 | 12.8 | 29.3 | 20.5 |
| Education program | 12.6 | 16.8 | 14.8 | 18.8 | 16.2 | 24.2 |
| Estimated number of prisoners | 1,047,933 | 87,839 | 806,758 | 73,103 | 543,869 | 29,468 |

Note: Detail adds to more than total because prisoners may have participated in more than one type of treatment program.

**Exhibit D**

**Table 9.  Drug treatment of State and Federal prisoners since admission, by levels of prior drug use, 1991 and 1997**

| | Estimated number of prisoners, 1997 | | Percent of prisoners reporting participation | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Drug treatment since admission | | | | Other drug abuse program since admission | | | |
| | | | State | | Federal | | State | | Federal | |
| Level of prior drug use | State | Federal | 1997 | 1991 | 1997 | 1991 | 1997 | 1991 | 1997 | 1991 |
| **All prisoners** | 1,048,752 | 87,720 | 9.7% | 24.5% | 9.2% | 15.7% | 20.3% | 15.5% | 20.0% | 10.1% |
| **Prisoners who used drugs** | | | | | | | | | | |
| Ever | 870,558 | 63,979 | 11.5% | 31.1% | 12.4% | 26.3% | 24.0% | 19.6% | 26.0% | 16.9% |
| Regularly* | 729,578 | 50,244 | 13.1 | 33.9 | 14.5 | 30.9 | 26.4 | 22.2 | 29.6 | 20.1 |
| In the month before offense | 592,611 | 39,275 | 14.6 | 36.5 | 15.4 | 33.7 | 28.3 | 23.7 | 31.7 | 22.0 |
| At the time of offense | 338,481 | 19,507 | 18.0 | 41.0 | 18.9 | 39.4 | 32.2 | 27.2 | 38.0 | 25.4 |

*Regular use is defined as once a week for at least a month.

### Prisoners' participation in drug treatment dropped since 1991; other drug programs grew

In both State and Federal prisons, the percentage of inmates who reported being treated for drug abuse since their admission dropped since 1991 (table 9). In 1997, 1 in 10 State prisoners reported being treated for drug abuse since admission; a decrease from the 1 in 4 prisoners reporting such treatment in 1991.  There was also a drop in the percentage of Federal prisoners (9%) reporting treatment since admission (16% in 1991).

Since 1991 fewer prisoners with a drug abuse history reported drug treatment since admission.  Among those prisoners who had been using drugs in the month before the offense, 15% of both State and Federal inmates said they had received drug abuse treatment during their current prison term, down from a third of such offenders in 1991.  Among those who were using drugs at the time of offense, about 18% of both State and Federal prisoners reported participation in drug treatment since admission, compared to about 40% in 1991.

Among both State and Federal prisoners, enrollment in other drug abuse programs, such as self-help or peer groups and drug education classes, had gone up over this period.  In 1997 20% of both State and Federal prisoners reported participation in drug abuse programs during their current prison term, up from 16% of State and 10% of Federal prisoners in 1991.  Among those prisoners who used drugs at the time of offense, participation in these programs had risen to 32% of State and 38% of Federal prisoners in 1997, compared to about 25% of each in 1991.

These data represent an underestimate of the total number of prisoners who will ultimately receive drug treatment during their current prison term.  At any one time the prison population represents a broad range of inmates, from newly admitted prisoners to those who have served as much as a decade or more in prison.  The likelihood of receiving substance abuse treatment increases as a prisoner's expected release date approaches (text table, page 9).  Some of the inmates who did not report drug abuse treatment since admission will receive treatment before the completion of their prison term.

### 1 in 4 prisoners participated in either drug treatment or other drug abuse programs since admission

In both State and Federal prisons, about a quarter of all prisoners had participated in either drug treatment or other drug abuse programs since admission (table 10).  Among specific types of programs, more State prisoners participated in self-help or peer groups (16%) and drug abuse education classes (10%) than in residential treatment (6%) and professional drug abuse counseling (4%).

Compared to State prisoners' reported activities, participation in self-help or peer groups was lower among Federal inmates (9%), while enrollment in drug abuse education (15%) was higher (table 11).  However, Federal prisoners' participation in either of these programs still outpaced that of residential treatment (6%) and professional counseling (3%) programs.

**Exhibit D**

**Among prisoners with past drug abuse, treatment provided less commonly than other programs**

While drug treatment since admission was more prevalent among those prisoners with drug abuse histories, more of these inmates had been in other abuse programs.  Of those State prisoners who used drugs in the month before the offense, 9% had been in a residential treatment facility, and 6% had received professional counseling since admission.  In comparison, 23% of these inmates had joined a self-help or peer group since admission, and 14% had taken a drug education class.

Among those State inmates using drugs at the time of the offense, 18% had been in drug treatment since admission, while 32% had enrolled in a drug abuse program or group.  Overall, about 40% of these State prisoners had participated in either drug treatment or another drug abuse program since admission.

Among Federal prisoners with a history of drug abuse, the percentage reporting drug treatment since admission also rose.  Of those who had used drugs in the month before the offense, 15% had been treated since admission.  Among those Federal prisoners who committed

their offense under the influence of drugs, 19% had been treated since admission, including 14% who had been in a residential drug treatment program.

As was the case in State prisons, more drug-abusing Federal offenders participated in other drug abuse programs.  Among Federal inmates who had used drugs in the month before the offense, 32% had enrolled in programs such as drug abuse education (24%) and self-help or peer groups (16%), compared to 11% reporting residential treatment.  Of those Federal inmates who were using drugs at the time of offense, about twice as many reported enrollment in a drug abuse program since admission (38%), than participated in drug treatment (19%).

Overall, similar percentages of State and Federal prisoners reported participation in either drug abuse treatment or other programs since admission.  Among those offenders who had ever used drugs, 29% of State and 32% of Federal prisoners reported taking part in either drug treatment or other programs since admission.  Participation increased among more serious drug users and rose to nearly 40% of State and 46% of Federal prisoners who had used drugs at the time of offense.

**Table 10.  Types of drug treatment received by State prisoners since admission, by prior drug use, 1997**

| Type of drug treatment or program since admission | Percent of State prisoners | | | | |
| | | Prisoners' reported prior drug use | | | |
| | Total | Ever in the past | Regularly* | In the month prior to offense | At the time of offense |
|---|---|---|---|---|---|
| Any treatment or program | 24.4% | 28.8% | 31.8% | 34.3% | 39.3% |
| | | | | | |
| Treatment | 9.7% | 11.5% | 13.1% | 14.6% | 18.0% |
| Residential facility or unit | 5.7 | 6.7 | 7.7 | 8.8 | 11.3 |
| Professional counseling | 4.1 | 4.9 | 5.6 | 6.0 | 7.1 |
| Detoxification unit | 0.6 | 0.7 | 0.9 | 1.0 | 1.4 |
| Maintenance drug | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 |
| | | | | | |
| Other programs | 20.3% | 24.0% | 26.4% | 28.3% | 32.2% |
| Self-help group/peer counseling | 16.1 | 19.1 | 21.3 | 23.1 | 26.6 |
| Education | 10.2 | 12.0 | 13.2 | 14.1 | 16.0 |
| | | | | | |
| Estimated number of State prisoners | 1,047,701 | 870,558 | 729,578 | 592,611 | 338,481 |

*Used drugs once a week for at least a month.

**Table 11.  Types of drug treatment received by Federal prisoners since admission, by prior drug use, 1997**

| Type of drug treatment or program since admission | Percent of Federal prisoners | | | | |
| | | Prisoners' reported prior drug use | | | |
| | Total | Ever in the past | Regularly* | In the month prior to offense | At the time of offense |
|---|---|---|---|---|---|
| Any treatment or program | 24.5% | 32.1% | 36.4% | 38.8% | 45.8% |
| | | | | | |
| Treatment | 9.2% | 12.4% | 14.5% | 15.4% | 18.9% |
| Residential facility or unit | 6.5 | 8.6 | 10.3 | 10.9 | 14.1 |
| Professional counseling | 3.3 | 4.5 | 5.1 | 5.5 | 6.4 |
| Detoxification unit | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 |
| Maintenance drug | 0.2 | 0.3 | 0.3 | 0.4 | 0.3 |
| | | | | | |
| Other programs | 20.0% | 26.0% | 29.6% | 31.7% | 38.0% |
| Self-help group/peer counseling | 8.9 | 11.9 | 14.4 | 15.8 | 21.1 |
| Education | 15.2 | 19.6 | 22.1 | 23.8 | 27.5 |
| | | | | | |
| Estimated number of Federal prisoners | 87,790 | 63,979 | 50,244 | 39,275 | 19,507 |

*Used drugs once a week for at least a month.

**Exhibit b**

**A quarter of State and a fifth of Federal prisoners received alcohol treatment since admission**

Since their admission to prison, nearly equal percentages of State (8%) and Federal (7%) prisoners had been treated for alcohol abuse (tables 12 and 13).  Participation in other alcohol abuse programs, such as Alcoholics Anonymous and alcohol education classes, was higher among both State (21%) and Federal (17%) prisoners.

Among those prisoners with a history of alcohol abuse, participation in alcohol treatment was more prevalent.  Of those prisoners who reported a previous alcohol-related physical fight, about 14% of both State and Federal prisoners said they had been treated for alcohol abuse since admission.

About 1 in 6 State and Federal prisoners who met the CAGE criteria for alcohol dependence reported taking part in alcohol treatment during their current prison term.

**Less than a fifth of alcohol-abusing prisoners received treatment; about a third enrolled in other programs**

Prisoners who had abused alcohol were less likely to report participation in alcohol treatment than in other abuse programs.  Among State prisoners who committed their offense while drinking, more prisoners had enrolled in self-help or peer groups (29%) and alcohol abuse education classes (16%) since admission than had been in residential treatment (9%) or professional counseling (6%).  Among those State prisoners who provided three or more positive CAGE responses, a third had enrolled in self-help or peer groups alone, compared to fewer than a fifth who had been in any kind of alcohol treatment since admission.

Federal prisoners with a history of alcohol abuse also reported greater participation in alcohol abuse programs than in alcohol treatment.  Among those Federal prisoners who had committed their offense while under the influence of alcohol, more prisoners had enrolled in alcohol education classes (19%) and self-help or peer groups (18%) since admission than in residential treatment (10%) or professional counseling (5%).

Overall, the rates of participation in alcohol treatment and other programs were fairly equal in State and Federal prisons.  Among those prisoners who were drinking at the time of the offense, 14% of both State and Federal inmates said that they had been treated for alcohol abuse since admission.  Also, similar percentages of State (44%) and Federal (41%) prisoners who met the CAGE profile for alcohol dependence had taken part in either alcohol treatment or other programs since admission.

**Table 12.  Types of alcohol treatment received by State prisoners since admission, by prior alcohol use, 1997**

| Type of alcohol treatment or program since admission | Percent of State prisoners | | | | |
| | | Prisoners' reported prior alcohol abuse | | | |
| | Total | Ever had a "binge drinking" experience* | Ever got into physical fights because of drinking | Committed offense under the influence of alcohol | Had 3 or more positive CAGE responses |
| Any treatment or program | 24.0% | 36.1% | 36.6% | 38.8% | 43.6% |
| Treatment | 8.4% | 13.9% | 14.4% | 14.4% | 17.9% |
| Residential facility or unit | 5.0 | 8.4 | 8.5 | 8.7 | 11.0 |
| Professional counseling | 3.5 | 5.9 | 6.6 | 6.3 | 7.9 |
| Detoxification unit | 0.6 | 1.0 | 1.1 | 1.0 | 1.6 |
| Maintenance drug | 0.1 | 0.2 | 0.2 | 0.1 | 0.1 |
| Other programs | 20.6% | 30.9% | 31.7% | 33.7% | 37.7% |
| Self-help group/peer counseling | 16.9 | 26.3 | 26.7 | 28.8 | 32.6 |
| Education | 9.7 | 14.3 | 15.1 | 15.6 | 17.5 |
| Estimated number of State prisoners | 1,047,701 | 429,222 | 401,262 | 387,137 | 255,746 |

*Binge drinking is defined as having consumed in a day as much as a fifth of liquor, equivalent to 20 drinks, 3 bottles of wine, or 3 six-packs of beer.

**Table 13.  Types of alcohol treatment received by Federal prisoners since admission, by prior alcohol use, 1997**

| Type of alcohol treatment or program since admission | Percent of Federal prisoners | | | | |
| | | Prisoners' reported prior alcohol abuse | | | |
| | Total | Ever had a "binge drinking" experience* | Ever got into physical fights because of drinking | Committed offense under the influence of alcohol | Had 3 or more positive CAGE responses |
| Any treatment or program | 20.3% | 36.1% | 36.4% | 36.0% | 41.0% |
| Treatment | 7.0% | 13.8% | 14.6% | 13.8% | 17.5% |
| Residential facility or unit | 5.0 | 10.4 | 11.0 | 9.6 | 12.8 |
| Professional counseling | 2.5 | 4.7 | 4.8 | 4.9 | 6.7 |
| Detoxification unit | 0.1 | 0.3 | 0.4 | 0.4 | 0.5 |
| Maintenance drug | 0.1 | 0.2 | 0.2 | 0.1 | 0.7 |
| Other programs | 16.8% | 29.8% | 30.1% | 30.5% | 33.9% |
| Self-help group/peer counseling | 7.9 | 16.8 | 17.6 | 17.8 | 19.8 |
| Education | 12.0 | 19.9 | 20.1 | 19.3 | 22.3 |
| Estimated number of Federal prisoners | 87,790 | 26,517 | 19,937 | 17,829 | 14,241 |

*Binge drinking is defined as having consumed in a day as much as a fifth of liquor, equivalent to 20 drinks, 3 bottles of wine, or 3 six-packs of beer.

**Women, whites more likely to receive substance abuse treatment since admission to State prison**

Among those State prisoners who can be described as alcohol- or drug-involved offenders, women (56%) were more likely than men (41%) to have ever been treated for substance abuse (table 14). A higher percentage of female alcohol- or drug-involved offenders (20%, compared to 14% of male offenders) also reported being treated since their admission to prison. However, equal percentages of men and women reported participation in a substance abuse program, both in the past (49%) and since admission (32%).

Slightly higher percentages of white alcohol- or drug-involved State prisoners (17%) said they were treated for substance abuse since admission, compared to blacks (13%) and Hispanics (12%). Whites were also the only group of alcohol- or drug-involved prisoners to have a majority report past substance abuse treatment (52%) or past alcohol or drug programs (58%).

The prevalence of substance abuse treatment among alcohol- or drug-involved offenders showed little relationship to age. Similar rates of State prisoners in age groups between 25 and 54 reported treatment during their current sentence (about 1 in 6 of each) as well as participation in other programs (about 1 in 3 of each). Those alcohol- or drug-involved prisoners 24 or younger, and those 55 or older, reported the lowest incidence of participation in substance abuse treatment or other programs.

**Substance abuse treatment of Federal prisoners shows little variation by sex or age**

Among those Federal prisoners characterized as alcohol- or drug-involved offenders, similar percentages of men (12%) and women (13%) said they received substance abuse treatment since admission (table 15). About a quarter of both male and female

alcohol- or drug-involved prisoners reported enrollment in other substance abuse programs since admission.

As with alcohol- or drug-involved offenders in State prisons, whites were the most likely of these inmates in Federal prisons to receive treatment since admission (16%), compared to blacks (12%) and Hispanics (8%). More whites were also enrolled in other substance abuse programs since admission (35%) than other inmates.

The rate of treatment of alcohol- or drug-involved Federal prisoners varied little by age. For those inmates in age groups between 25 and 54, the percentage who had been treated since admission only ranged from 12% to 14%, and about 27% of each had taken part in other substance abuse programs since admission. Federal inmates in both the youngest and oldest age groups reported lower participation in both treatment and other programs.

Table 14. Alcohol- or drug-involved State prisoners treated for substance abuse, by selected characteristics, 1997

| | | Percent of alcohol- or drug-involved State prisoners reporting — | | | |
| | Estimated number of State prisoners | Treatment for substance abuse | | Participation in other substance abuse programs | |
| Characteristic | | Ever | Since admission | Ever | Since admission |
|---|---|---|---|---|---|
| Total | 806,758 | 41.5% | 14.6% | 49.4% | 31.9% |
| **Sex** | | | | | |
| Male | 754,418 | 40.5% | 14.2% | 49.4% | 31.9% |
| Female | 52,340 | 55.6 | 19.6 | 49.3 | 31.9 |
| **Race/Hispanic origin** | | | | | |
| White non-Hispanic | 271,345 | 51.8% | 17.0% | 58.0% | 36.3% |
| Black non-Hispanic | 367,331 | 36.6 | 13.5 | 46.7 | 31.6 |
| Hispanic | 142,610 | 33.8 | 12.5 | 39.2 | 23.9 |
| Other | 25,472 | 46.2 | 16.2 | 54.2 | 34.8 |
| **Age** | | | | | |
| 24 or younger | 158,705 | 29.3% | 10.2% | 37.9% | 22.6% |
| 25-34 | 316,744 | 43.1 | 15.2 | 50.2 | 33.1 |
| 35-44 | 242,579 | 47.4 | 16.8 | 54.4 | 35.5 |
| 45-54 | 71,936 | 42.4 | 14.9 | 53.9 | 35.5 |
| 55 or older | 16,794 | 36.7 | 10.1 | 52.4 | 31.8 |

Table 15. Alcohol- or drug-involved Federal prisoners treated for substance abuse, by selected characteristics, 1997

| | | Percent of alcohol- or drug-involved Federal prisoners reporting — | | | |
| | Estimated number of Federal prisoners | Treatment for substance abuse | | Participation in other substance abuse programs | |
| Characteristic | | Ever | Since admission | Ever | Since admission |
|---|---|---|---|---|---|
| Total | 73,103 | 27.7% | 11.7% | 39.2% | 26.0% |
| **Sex** | | | | | |
| Male | 67,856 | 27.6% | 11.6% | 39.6% | 26.1% |
| Female | 5,247 | 28.8 | 13.3 | 34.2 | 25.2 |
| **Race/Hispanic origin** | | | | | |
| White non-Hispanic | 20,178 | 39.5% | 16.0% | 51.6% | 34.9% |
| Black non-Hispanic | 28,514 | 25.7 | 11.9 | 39.0 | 25.0 |
| Hispanic | 21,185 | 19.0 | 8.2 | 28.1 | 18.5 |
| Other | 3,225 | 29.1 | 7.3 | 38.5 | 29.1 |
| **Age** | | | | | |
| 24 or younger | 6,736 | 21.8% | 8.1% | 35.2% | 24.0% |
| 25-34 | 27,500 | 27.3 | 12.5 | 39.2 | 26.4 |
| 35-44 | 22,634 | 30.2 | 12.6 | 41.9 | 27.6 |
| 45-54 | 11,074 | 32.8 | 13.7 | 40.8 | 26.8 |
| 55 or older | 5,159 | 15.0 | 4.5 | 29.5 | 17.7 |

## Methodology

The U.S. Bureau of the Census conducted the 1997 Survey of Inmates in State Correctional Facilities (SISCF) for the Bureau of Justice Statistics (BJS) and the 1997 Survey of Inmates in Federal Correctional Facilities (SIFCF) for BJS and the Bureau of Prisons. From June through October, 1997, inmates were interviewed about their current offense and sentences, criminal histories, family and personal backgrounds, gun possession and use, prior drug and alcohol use and treatment, educational programs, and other services provided while in prison. Similar surveys of State prison inmates were conducted in 1974, 1979, 1986, and 1991. Federal inmates were surveyed for the first time in 1991.

### Sample design

The samples for the SISCF and SIFCF were taken from a universe of 1,409 State prisons and 127 Federal prisons enumerated in the 1995 Census of State and Federal Adult Correctional Facilities or opened between completion of the census and June 30, 1996. The sample design for both surveys was a stratified two-stage selection; first, selecting prisons, and second, selecting inmates in those prisons.

In the first stage correctional facilities were separated into two sampling frames: one for prisons with male inmates and one for prisons with female inmates. Prisons holding both sexes were included on both lists.

In the sampling of State facilities, the 13 largest male prisons and 17 largest female prisons were selected with certainty. The remaining 1,265 male facilities and 261 female facilities were stratified into 14 strata defined by census region (Northeast except New York, New York, Midwest, South except Texas, Texas, West except California, and California). Within each stratum facilities were ordered by facility type (confinement and community-based), security level (maximum, medium, minimum, and none), and size of population. A systematic sample of

prisons was then selected within strata with probabilities proportionate to the size of each prison.

For the sample of Federal prisons, one male prison and two female prisons were selected with certainty. The remaining 112 male facilities were classified into 5 strata defined by security level (high, medium, low, minimum, and administrative). The 20 remaining female facilities were stratified into 2 strata by security level (administrative and not administrative). Within security level, facilities were ordered by size of population and then selected with probability proportionate to size.

For the State survey 280 prisons were selected, 220 male facilities and 60 female facilities. Of the 280 facilities 3 refused to allow interviewing and 2 closed before the survey could be conducted. Overall, 32 male facilities and 8 female facilities were selected for the State survey, and all participated.

In the second stage, inmates were selected for interviewing. For State facilities interviewers selected the sample systematically using a random start and a total number of interviews based upon the size and sex of the facility. For the Federal facilities, a sample of inmates was selected for each facility from the Bureau of Prisons central list, using a random start and predetermined sampling interval. All selected drug offenders were then subsampled so that only a third were eligible for interview. As a result, approximately 1 in every 75 men and 1 in 17 women were selected for the State survey, and 1 in every 13 men and 1 in every 3 women were selected for the Federal survey. A total of 14,285 interviews were completed for the State survey and 4,041 for the Federal survey, for overall response rates of 92.5% in the State survey and 90.2% in the Federal survey.

The interviews, about an hour in length, used computer-assisted personal interviewing (CAPI). With CAPI, computers provide questions for the interviewer, including follow-up questions tailored to

preceding answers. Before the interview, inmates were told verbally and in writing that participation was voluntary and that all information provided would be held in confidence. Participants were assured that the survey was solely for statistical purposes and that no individual who participated could be identified through use of survey results.

### Estimates of prisoner counts

Based on the completed interviews, estimates for the entire population were developed using weighting factors derived from the original probability of selection in the sample. These factors were adjusted for variable rates of nonresponse across strata and inmates' characteristics and offenses. The sample for the State survey was adjusted to midyear custody counts for June 30, 1997, from data obtained in the National Prisoner Statistics series (NPS-1A). The sample from the Federal facilities was weighted to the total known sentenced custody population at midyear 1997.

Excluded from the estimate of Federal inmates were unsentenced inmates and those prisoners under Federal jurisdiction but housed in State and private contract facilities. Those prisoners who were under State jurisdiction, yet held in local jails or private facilities, were excluded from the estimated number of State prisoners. As a result, the estimated prisoner counts do not match those in other BJS data series.

The estimated prisoner counts vary according to the particular data items analyzed. Estimates are based on the number of prisoners who provided information on selected items. (See appendix table 1 for level of missing data on current offense.)

### Accuracy of the estimates

The accuracy of the estimates presented in this report depends on two types of error: sampling and nonsampling. Sampling error is the variation that may occur by chance because a sample rather than a

complete enumeration of the population was conducted.  Nonsampling error can be attributed to many sources, such as nonresponses, differences in the interpretation of questions among inmates, recall difficulties, and processing errors.  In any survey the full extent of the nonsampling error is never known.  The sampling error, as measured by an estimated standard error, varies by the size of the estimate and the size of the base population.

Estimates of the standard errors have been calculated for the 1997 surveys.  (See appendix tables 2 and 3.)  For example, the 95-percent confidence interval around the percentage of State inmates who ever used drugs is approximately 83.0% plus or minus 1.96 times 0.4% (or 82.2% to 83.8%).

These standard errors may also be used to test the significance of the difference between two sample statistics by pooling the standard errors of the two sample estimates.  For example, the standard error of the difference between black and white State prison inmates for the percent reporting a binge drinking experience would be 1.2% (or the square root of the sum of the squared standard errors for each group).  The 95-percent confidence interval around the difference would be 1.96 times 1.2% (or 2.4%).  Since the difference of 21.6% (53.5% minus 31.9%) is greater than 2.4%, the difference would be considered statistically significant.

The same procedure can be used to test the significance of the difference between estimates from the two surveys.  For example, the standard error of the difference between Federal and State prison inmates for the percent reporting prior drug use would be 1.1%.  The 95-percent confidence interval around the difference would be 1.96 times 1.1% (or 2.1%).  Since the difference of 10.1% (83.0% minus 72.9%) is greater than 2.1%, the difference would be considered statistically significant.

**Appendix table 1.  Current offense of sentenced State and Federal prisoners, 1991 and 1997**

| Type of offense | State | | Federal | |
|---|---|---|---|---|
| | 1991 | 1997 | 1991 | 1997 |
| Violent | 46.6% | 47.4% | 17.3% | 14.8% |
| Property | 24.8 | 22.0 | 10.2 | 6.8 |
| Drug | 21.3 | 20.7 | 57.9 | 62.7 |
| Public-order | 6.8 | 9.6 | 12.4 | 14.7 |
| Other | 0.4 | 0.2 | 2.2 | 1.1 |

Note:  In 1991 current offense data were available for 99.4% of sentenced State prisoners and 99.4% of sentenced Federal prisoners.  In 1997 current offense data were available for 98.8% of sentenced State prisoners and 98.8% of sentenced Federal prisoners.

The offense distribution of State prisoners in the 1997 survey was largely unchanged from that of the 1991 survey.  The percentage of property offenders had decreased slightly since 1991 (from 25% to 22%), while the percentage of public-order offenders had risen slightly (from 7% to 10%).  Among Federal prisoners the offense distribution displayed more change since the 1991 survey.  The percentage of violent (15%) and property (7%) offenders had declined slightly since 1991 (17% and 10%, respectively), while the percentage of drug (63%) and public-order offenders (15%) had risen since 1991 (58% and 12%, respectively).

For an offense distribution of the complete enumeration of Federal prisoners, refer to *Compendium of Federal Justice Statistics* (volumes 1991 through 1996).

**Appendix table 2. Standard errors of the estimated percentages, State prison inmates, 1997**

| Base of the estimate | Estimated percentages | | | | | |
|---|---|---|---|---|---|---|
| | 98 or 2 | 95 or 5 | 90 or 10 | 80 or 20 | 70 or 30 | 50 |
| 5,000 | 2.2 | 3.4 | 4.7 | 6.3 | 7.2 | 7.9 |
| 10,000 | 1.6 | 2.4 | 3.3 | 4.5 | 5.1 | 5.6 |
| 25,000 | 1.0 | 1.5 | 2.1 | 2.8 | 3.2 | 3.5 |
| 50,000 | 0.7 | 1.1 | 1.5 | 2.0 | 2.3 | 2.5 |
| 100,000 | 0.5 | 0.8 | 1.1 | 1.4 | 1.6 | 1.8 |
| 250,000 | 0.3 | 0.5 | 0.7 | 0.9 | 1.0 | 1.1 |
| 500,000 | 0.2 | 0.3 | 0.5 | 0.6 | 0.7 | 0.8 |
| 750,000 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 0.6 |
| 1,000,000 | 0.2 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 |
| 1,059,607 | 0.2 | 0.2 | 0.3 | 0.4 | 0.5 | 0.5 |

**Appendix table 3. Standard errors of the estimated percentages, Federal prison inmates, 1997**

| Base of the estimate | Estimated percentages | | | | | |
|---|---|---|---|---|---|---|
| | 98 or 2 | 95 or 5 | 90 or 10 | 80 or 20 | 70 or 30 | 50 |
| 500 | 3.9 | 6.1 | 8.4 | 11.1 | 12.8 | 13.9 |
| 1,000 | 2.8 | 4.3 | 5.9 | 7.9 | 9.0 | 9.8 |
| 5,000 | 1.2 | 1.9 | 2.6 | 3.5 | 4.0 | 4.4 |
| 15,000 | 0.7 | 1.1 | 1.5 | 2.0 | 2.3 | 2.5 |
| 30,000 | 0.5 | 0.8 | 1.1 | 1.4 | 1.6 | 1.8 |
| 45,000 | 0.4 | 0.6 | 0.9 | 1.2 | 1.3 | 1.5 |
| 60,000 | 0.4 | 0.6 | 0.8 | 1.0 | 1.2 | 1.3 |
| 80,000 | 0.3 | 0.5 | 0.7 | 0.9 | 1.0 | 1.1 |
| 89.072 | 0.3 | 0.5 | 0.6 | 0.8 | 1.0 | 1.0 |

All comparisons discussed in this report were statistically significant at the 95-percent confidence level.  To test the significance of comparisons not mentioned in this report, use percentages in text or tables and numbers of inmates.  These standard errors should be used only for tests on all inmates.  Comparisons of male and female inmates require different standard errors.

The Bureau of Justice Statistics
is the statistical agency of the
U.S. Department of Justice.
Jan M. Chaiken, Ph.D., is Director.

BJS Special Reports address a
specific topic in depth from one or
more datasets that cover many topics.

Christopher J. Mumola wrote this
report under the supervision of Allen J.
Beck.  Doris James Wilson, Todd
Minton, Tracy Snell, and Melvinda Pete
provided statistical assistance.  Tom
Hester edited the report.  Marilyn
Marbrook, assisted by Yvonne Boston,
prepared the report for publication.

Caroline Wolf Harlow developed the
survey questionnaire and monitored
data collection, data processing, and
production of weights.  Christopher
Innes, assisted by Susan Allison,
Denise Golumbaski, Nancy Miller,
Vicki Russell, Allyson Suski, and Ina
Winn at the Federal Bureau of Prisons,
developed the sample of Federal
inmates and coordinated data
collection in Federal facilities.

Data collection and processing were
carried out at the Demographic
Surveys Division, U.S. Bureau of the
Census, by La Terri Bynum, Elizabeth
Griffin, Marita Perez, and Laarni Verdo-
lin under the supervision of Kathleen
Creighton and Gertrude Odom and by
Christopher Alaura and Lawrence
Altmayer under the supervision of
Stephen Phillips and David Watt.

The questionnaire was programmed
by Ellen Soper of the Technologies
Management Office under the supervi-
sion of William Mockovak.  Sample
design and weighting were provided at
the Statistical Methods Division by
Denise Lewis and Andrew Zbikowski
under the supervision of J. Michael
Roebuck and Thomas Moore.  Inter-
views were conducted by the Field
Division and coordinated by Medell
Ford III and John Godenick under the
supervision of Richard Ning.

January 1999, NCJ 172871

This report and others from the
Bureau of Justice Statistics are avail-
able through the Internet —

**http://www.ojp.usdoj.gov/bjs/**

The data from the 1997 Surveys of
Inmates in State and Federal Correc-
tional Facilities are available from the
National Archive of Criminal Justice
Data, maintained by the Institute for
Social Research at the University of
Michigan, 1-800-999-0960.  The
archive may also be accessed
through the BJS Internet site.  The
file number for the surveys is
ICPSR 2598.

**Exhibit D**