UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____        )
                                   )
UNITED STATES OF AMERICA           )
                                   )
V.                                 )   CR. NO. 13-cr-00142-PB
                                   )
JOHNATHON IRISH                    )
                                   )
_____        )

**MOTION FOR A HEARING REGARDING STATUS OF COUNSEL**

Counsel for the defendant requests that the Court issue an Order scheduling a hearing regarding status of counsel.  Grounds follow:

The defendant has been charged with two counts of making a false statement to a federal agent in violation of 18 U.S.C. § 1001; one count of aiding and abetting the making of a false statement in connection with the acquisition of a firearm in violation of 18 U.S.C. §§ 2 and 922; one count of engaging in the business of dealing in firearms without a license in violation of 18 U.S.C. § 922(a)(1)(A); and one count of possession of a firearm by a regular user of a controlled substance in violation of 18 U.S.C. § 922(g)(3).

In April 9, 2014 the defendant informed undersigned counsel that he was "fired". The defendant refused to discuss the matter further with counsel and indicated he would be contacting AFPD Bjorn Lange.  The defendant subsequently called AFPD Bjorn Lange and reiterated that he refused to be represented by undersigned counsel.

Undersigned counsel requests that the Court schedule a hearing at which time the defendant can address his concerns directly to the Court.

Due to the nature of the relief requested counsel has not sought concurrence from the government.

No memorandum of law is necessary to the resolution of the issues raised herein.

WHEREFORE the defendant requests that this Court schedule a hearing regarding status of counsel.

                                                Respectfully submitted,
                                                Johnathon Irish
                                                By His Attorney,

Date:  April 10, 2014                       /s/ Jonathan R. Saxe
                                                Jonathan R. Saxe
                                                N.H. Bar No. 8226
                                                Assistant Federal Defender
                                                Federal Defender Office
                                                22 Bridge Street
                                                Concord, NH 03301
                                                Tel. (603) 226-7360
                                                E-mail: jonathan_saxe@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on the following persons on April 10, 2014,  and in the manner specified herein: electronically served through ECF to AUSA Nicholas Abramson and US Attrorney John Kacavas.

                                                /s/ Jonathan R. Saxe
                                                Jonathan R. Saxe
                                                N.H. Bar No. 8226
                                                Assistant Federal Defender
                                                Federal Defender Office
                                                22 Bridge Street

              Concord, NH 03301
              Tel. (603) 226-7360
              E-mail: jonathan_saxe@fd.org