UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES OF AMERICA,     \*
                              \*
         v.                   \*     Docket No.  1:13-CR-00142-PB-1
                              \*
JOHNATHON IRISH               \*
                              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ASSENTED-TO MOTION TO CONTINUE TRIAL

Johnathon Irish, through his attorney, Lawrence A. Vogelman, of Nixon, Vogelman, Barry, Slawsky & Simoneau, P.A., moves to continue his trial until the two week period beginning September 3, 2014.

1. The undersigned has just been assigned to represent defendant, Johnathon Irish.

2. Trial is presently scheduled for the two-week period beginning July 8, 2014.

3. Due to the voluminous discovery and hundreds of hours of recorded telephone calls, the undersigned needs more time to prepare.

4. Due to the nature of this motion, no memorandum of law is attached.

5. Attorney for the plaintiff, John Kacavas, assents to this motion.

6. A speedy trial waiver will be conventionally filed.

WHEREFORE, the defendant requests that this Court:

Grant a continuance of the trial to the two week period beginning September 3, 2014.

Respectfully submitted,

JOHNATHON IRISH

By his attorneys,

NIXON, VOGELMAN, BARRY,
SLAWSKY & SIMONEAU, P.A.

Date: April 21, 2014            By:    */s/ Lawrence A. Vogelman*
                                        Lawrence A. Vogelman #10280
                                        77 Central Street
                                        Manchester, NH 03101
                                        (603) 669-7070
                                        Email: lvogelman@DaveNixonLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Assented to Motion to Continue Trial** has this date been electronically mailed to John Kacavas, counsel for the government.

                                         */s/ Lawrence A. Vogelman*