UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>**United States of America**</u>

    **v.**                                        Case No. 13-cr-142-PB

<u>**Jonathan Irish**</u>

<u>**O R D E R**</u>

The defendant has moved through newly appointed counsel to continue the July 8, 2014 trial citing voluminous discovery and the need for additional time to prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from July 8, 2014 to September 3, 2014. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 30, 2014 final pretrial conference is continued to August 18, 2014 at 2:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 22, 2014

cc: Lawrence Vogelman, Esq.
    Nicholas Abramson, AUSA
    United States Marshal
    United States Probation