UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Docket No. 1:13-cr-00142-PB |
| Johnathon Irish, | |
| Defendant | |

# WAIVER OF SPEEDY TRIAL

I, Johnathon Irish, the defendant in the above-captioned cases, for the purposes of the motion to continue the trial, respectfully waive my right to a speedy trial.

Respectfully submitted,

Date: 18 April 2014

Johnathon Irish