UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES OF AMERICA,         \*
                                  \*
     v.                           \*     Docket No. 1:13-CR-00142-PB-1
                                  \*
JOHNATHON IRISH                   \*
                                  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR CONTINUANCE OF TRIAL

Lawrence A. Vogelman, counsel for Johnathon Irish, and Nick Abramson, counsel for the United States, jointly request that this Court continue trial, now scheduled for September 3, 2014.

1. Mr. Irish's attorney has moved to have Mr. Irish examined for competency to stand trial.

2. The government has taken no position so long as the initial examination is made by the Bureau of Prisons.

3. To accomplish that it will be necessary to continue the trial for sixty days.

4. The parties agree that this continuance is in the interests of justice.

5. Due to the nature of this motion no memorandum of law is necessary.

WHEREFORE, for the reasons stated herein, the parties request that trial be continued until the two week period beginning November 4, 2014.

                Respectfully submitted,

                **JOHNATHON IRISH**

                By his attorneys,

                NIXON, VOGELMAN, BARRY,
                SLAWSKY & SIMONEAU, P.A.

Date: July 21, 2014  By: */s/ Lawrence A. Vogelman*
Lawrence A. Vogelman #10280
77 Central Street
Manchester, NH 03101
(603) 669-7070
Email: lvogelman@DaveNixonLaw.com

**UNITED STATES OF AMERICA**

Date: July 21, 2014  By: */s/Nick Abramson*
Nick Abramson (MA Bar #672267)
Assistant United States Attorney
53 Pleasant Street, 4th Floor
Concord, NH 03302
(603) 225-1552