UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA,     \*
     \*
    v.     \*     Docket No.  1:13-CR-00142-PB-1
     \*
JOHNATHON IRISH     \*
     \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO DETERMINE STATUS OF COUNSEL**

Johnathon Irish, through his attorney, Lawrence A. Vogelman, of Nixon,

Vogelman, Barry, Slawsky & Simoneau, P.A., moves to determine the status of counsel.

1.     The undersigned has asked this Court to have Mr. Irish examined to

determine his competency to stand trial.

2.     Obviously displeased with counsel's actions, Mr. Irish has "ordered" the

undersigned to immediately request a hearing to determine the status of counsel.

3.     Due to the nature of this motion, no memorandum of law is attached nor

has the position of the government been sought.

WHEREFORE, the defendant requests that this Court schedule a hearing to

determine the status of counsel.

     Respectfully submitted,

     JOHNATHON IRISH

     By his attorneys,

     NIXON, VOGELMAN, BARRY,
     SLAWSKY & SIMONEAU, P.A.

Date:  July 23, 2014                    By:     */s/ Lawrence A. Vogelman*
                                             Lawrence A. Vogelman #10280
                                             77 Central Street
                                             Manchester, NH 03101
                                             (603) 669-7070
                                             Email:  lvogelman@DaveNixonLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ***Motion to Determine Status of Counsel*** has this date been electronically mailed to John Kacavas, counsel for the government, and conventionally mailed to Johnathon Irish.


                                         */s/ Lawrence A. Vogelman*