```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                       Case No. 13-cr-142-PB

<u>Jonathan Irish</u>

### <u>O R D E R</u>

The defendant has moved through counsel to continue the September 3, 2014 trial citing the need for additional time for defendant to undergo a competency evaluation and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from September 3, 2014 to November 4, 2014. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 18, 2014 final pretrial conference is continued to October 23, 2014 at 4:15 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 21, 2014

cc: Lawrence Vogelman, Esq.
    Nicholas Abramson, AUSA
    United States Marshal
    United States Probation