UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**United States of America**

      v.

**Johnathon Irish**

Case No. 13-cr-142-PB

**O R D E R**

    Counsel for defendant, Johnathon Irish, has filed a motion to determine defendant's competency to stand trial pursuant to 18 U.S.C. § 4241 (Doc. No. 56).  Based upon representations contained in that motion, I find reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect that could affect his competency to stand trial.

    Pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), the defendant is committed to the custody of the Attorney General for a period not to exceed thirty days for placement in a suitable facility where an examination of the defendant's mental condition can be conducted. The director of the facility may apply for a reasonable extension as provided by 18 U.S.C. § 4247(b).  The examining officials shall prepare a report of their findings pursuant to 18 U.S.C. § 4247(c), which report shall be filed with this court.  The court requests prior notification of the

date of the defendant's return to this jurisdiction after the examination so that a prompt competency hearing and detention hearing may be held.

    SO ORDERED.

                                           /s/Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge

July 23, 2014

cc:  Lawrence Vogelman, Esq.
     Nick Abramson, AUSA
     U.S. Probation
     U.S. Marshal