# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941



**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court
Pamela E. Phelan, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

June 19, 2014

To:         Jonathan R. Saxe

From:       Vincent Negron, Deputy Clerk

In re:      Criminal Case: USA v. Irish, 13-cr-142-PB

Enclosed find Defendant's Exhibits filed with the Court on March 27, 2014. Please sign the acknowledgment below and return this letter to the Clerk's Office in the enclosed envelope.

*********************************************************************

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: 7/29/14    By: [signature]

Counsel for: Jonathan Irish