UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 1:13-cr-00142-PB |
| v. ) | |
| ) | |
| JOHNATHON IRISH ) | |
| _____ ) | |

## STATUS REPORT REGARDING THE DEFENDANT'S COMPETENCY EVALUATION

On July 30, 2014, the Court ordered the government to inquire as to the feasibility of completing the defendant's competency evaluation in 20 days (and no more than 30 days). As soon as the defendant's destination within the Bureau of Prisons was identified – on Friday, August 1, 2014 – counsel for the government, pursuant to the Court's Order, contacted the Psychology Department at Brooklyn Metropolitan Detention Center. During that telephone call, and in subsequent conversations, the government was assured by the Psychology Department, and by the defendant's treating physician, Dr. Samantha DiMisa, that the evaluation could be completed within 20 days of the defendant's arrival at the facility – resulting in an expected completion date of August 26, 2014.

In recent communications with the government, Dr. DiMisa explained that, due to an unforeseen lockdown at the defendant's facility – which temporarily precluded her from conducting the interview portion of the evaluation – in addition to her unanticipated need to review certain case materials to meaningfully conduct that interview process[1], the evaluation might not be completed until September 5, 2014. While that date is still within 30 days of the

---

[1] Specifically, Dr. DiMisa requested certain discovery materials identified by the defendant, which were overnighted by the government on the date they were requested.

1

defendant's arrival at the facility, the parties thought it prudent to provide the Court with notice of this change.

                                                                Respectfully submitted,

                                                                JOHN P. KACAVAS
                                                                United States Attorney

                 By:                /s/ Nick Abramson
                                                                 Nick Abramson
                                                                 Assistant United States Attorney
                                                                 MA Bar No. 672267
                                                                 53 Pleasant Street, 4th Floor
                                                                 Concord, NH 03301
                                                                 (603) 225-1552

Date: August 26, 2014                          Nick.Abramson@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of the foregoing was served via ECF to Lawrence Vogelman, Esq., counsel for defendant.

                                            <u>/s/ Nick Abramson</u>
                                            Nick Abramson
                                            Assistant United States Attorney