UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal Case No. 1:13-cr-00142-PB** |
| **v.** ) | |
| ) | |
| **JOHNATHON IRISH** ) | |
| _____ ) | |

**UNITED STATES' REPLY TO DEFENDANT'S MOTION TO
RETURN THE DEFENDANT TO NEW HAMPSHIRE**

On September 12, 2014, a motion was filed seeking the Defendant's return to New Hampshire no later than September 18, 2014, given the successful completion of the Defendant's competency evaluation. Upon further inquiry, the government has been informed by the United States Marshals Service that the Defendant's transport has already been approved, and that the Defendant is due to arrive at his destination facility during the course of this week (the week of September 15, 2014). Accordingly, the government anticipates that the relief being sought by the Defendant will already be met by September 18, 2014, thus rendering his motion moot. However, should the government learn of any further unanticipated delays in completing the Defendant's transport, immediate notification will be provided to the Court.

                    Respectfully submitted,

                    JOHN P. KACAVAS
                    United States Attorney

By:       /s/ Nick Abramson_____
                    Nick Abramson
                    Assistant United States Attorney
                    MA Bar No. 672267
                    53 Pleasant Street, 4th Floor
                    Concord, NH 03301
                    (603) 225-1552
Date: September 15, 2014     Nick.Abramson@usdoj.gov

3

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was served via ECF to Lawrence Vogelman, Esq., counsel for defendant.

              /s/ Nick Abramson\_\_\_\_
              Nick Abramson
              Assistant United States Attorney