UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES OF AMERICA,      \*
                               \*
     v.                        \*     Docket No. 1:13-CR-00142-PB-1
                               \*
JOHNATHON IRISH                \*
                               \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ASSENTED-TO MOTION FOR STATUS CONFERENCE

Johnathon Irish, through his attorney, Lawrence A. Vogelman, of Nixon, Vogelman, Barry, Slawsky & Simoneau, P.A., asks for the Court to schedule a status conference:

1.  Mr. Irish has been examined for competency, but counsel has not received that report nor has Mr. Irish been returned to New Hampshire.

2.  Additionally, there is still an unresolved issue regarding status of counsel.

3.  Trial is presently scheduled for the two week period commencing November 4, 2014.

4.  The undersigned is scheduled for non-elective shoulder surgery on September 26, 2014.  This will put him out of commission for approximately six weeks.

5.  Trial preparation will be difficult and meeting with Mr. Irish impossible.

6.  The undersigned is unavailable in person September 18 through 22.

7.  AUSA Nick Abramson assents to this motion.

8.  Due to the nature of this motion, no memorandum of law is attached nor has the position of the government been sought.

2

WHEREFORE, the defendant requests that this Court schedule a status conference in person or by phone.

                  Respectfully submitted,

                  JOHNATHON IRISH

                  By his attorneys,

                  NIXON, VOGELMAN, BARRY,
                  SLAWSKY & SIMONEAU, P.A.

Date: September 15, 2014   By: */s/ Lawrence A. Vogelman*
                  Lawrence A. Vogelman #10280
                  77 Central Street
                  Manchester, NH 03101
                  (603) 669-7070
                  Email: lvogelman@DaveNixonLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ***Motion*** has this date been electronically mailed to John Kacavas and Nick Abramson, counsel for the government, and conventionally mailed to Johnathon Irish.

                  */s/ Lawrence A. Vogelman*