UNITED STATES OF AMERICA

US DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF N.H. CONCORD NH
FILED

UNITED STATES OF AMERICA
v
JOHNATHON IRISH

2014 SEP 18 A 10: 37

13-CR-00142-PB-1

MOTION TO NOTIFY THE COURT

Now comes Johnathon Irish, with a **MOTION TO NOTIFY THE COURT** and says that;

1. The defendant has been transported from Manhattan Correctional Center MCC NY back to Brooklyn awaiting transport back to New Hampshire.

2. Mr. Irish had documents that were provided to him by his Fiancee at the Status of Council Hearing held on July 30th 2014.

3. When Mr. Irish was moved from Brooklyn to Manhattan the file was "misplaced" as Mr. Irish was told, then on August 20th they finally provided him with the file. Although there was 4 pages of the documents missing, and are yet to be found or returned to Mr. Irish.

4. Mr. Irish has now been transported to Brooklyn and his file is being "refused" to be returned to him. Mr. Irish has requested this file several times and has been refused to have it returned to his property.

5. The paperwork includes documents that are from his discovery that can be replaced but there is also documents in this file that can not be replaced but need to be shown to this Honorable court at Mr. Irish's next hearing.

6. At this time Mr. Irish is in Brooklyn NY awaiting return to New Hampshire which his return date is unknown and it is to our belief that he could be released to be returned this Thursday, and Mr. Irish believes that if he is returned this Thursday that he will not get this paperwork returned to him at all.

7. Mr. Irish would simply like to inform this Honorable court that he needs this paperwork as it all pertains to this federal case and he is being told that it is being refused to be returned to him.

8. Mr. Irish has also been requesting unmonitored private phone calls to his attorney and this as well is being denied.

9. Mr. Irish has been able to email his attorney requesting that he makes contact with him and his attorney Larry Vogalmen is refusing to contact his client threw out Mr. Irish's entire stay in New York.

10. Mr. Irish's Fiancee at his request has called Attorney Vogalmen to pass messages to him as Mr. Irish has never gotten any reply from his attorney regarding a wide variety of emergency issues