UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 1:13-cr-00142-PB |
| v. ) | |
| ) | |
| JOHNATHON IRISH ) | |
| _____ ) | |

## STATUS REPORT REGARDING THE DEFENDANT'S RETURN TO HIS DESTINATION FACILITY

On September 18, 2014, the defendant filed a Motion to Notify the Court, raising issues related to certain personal materials, as well as his transportation status. The government has been informed that as of Thursday, September 18, 2014, the Defendant had been successfully checked in at the Strafford County Department of Corrections in Dover, New Hampshire.

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By:  /s/ Nick Abramson
Nick Abramson
Assistant United States Attorney
MA Bar No. 672267
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552
Date: September 19, 2014    Nick.Abramson@usdoj.gov

1

2

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served via ECF to Lawrence Vogelman, Esq., counsel for defendant.

                                      /s/ Nick Abramson
                                      Nick Abramson
                                      Assistant United States Attorney