UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * * * * * * * * * *
UNITED STATES OF AMERICA, *
 *
   v.    *   Docket No.  1:13-CR-00142-PB-1
 *
JOHNATHON IRISH *
 *
* * * * * * * * * * * * * * * * * * * * * * * * *

## ASSENTED-TO MOTION TO CONTINUE TRIAL

   Johnathon Irish, through his attorney, Lawrence A. Vogelman, of Nixon,

Vogelman, Barry, Slawsky & Simoneau, P.A., moves to continue his trial until the two

week period beginning December 2, 2014.

   1.  The undersigned is assigned to represent defendant, Johnathon Irish.

   2.  Trial is presently scheduled for the two-week period beginning November 4,

2014.

   3.  Due to the undersigned scheduled surgery, he is requesting additional

time to prepare for trial.

   4.  Due to the nature of this motion, no memorandum of law is attached.

   5.  Attorney for the plaintiff, John Kacavas, assents to this motion.

   WHEREFORE, the defendant requests that this Court:

   Grant a continuance of the trial to the two week period beginning December 3,

2014.

Respectfully submitted,

JOHNATHON IRISH

By his attorneys,

NIXON, VOGELMAN, BARRY,
SLAWSKY & SIMONEAU, P.A.

Date:  September 24, 2014              By:      */s/ Lawrence A. Vogelman*
                                                                Lawrence A. Vogelman #10280
                                                                77 Central Street
                                                                Manchester, NH 03101
                                                                (603) 669-7070
                                                                Email:  lvogelman@DaveNixonLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Assented to Motion to Continue Trial** has this date been electronically mailed to John Kacavas, counsel for the government.

*/s/ Lawrence A. Vogelman*