UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | Criminal Case No. 1:13-cr-00142-PB |
| v.    ) | |
| ) | |
| JOHNATHON IRISH    ) | |
| _____ ) | |

### UNITED STATES' ASSENTED-TO MOTION TO DISMISS COUNTS THREE AND FOUR WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government hereby moves to dismiss without prejudice Counts Three and Four of the Indictment, which charge the defendant, Johnathon Irish, with making a material false statement to a federal agent in violation of 18 U.S.C. § 1001 (Count Three), and engaging in the business of dealing in firearms without a federal firearms license in violation of 18 U.S.C. § 922(a)(1)(A).

Dated: October 1, 2014                                     Respectfully submitted,

                                                                               JOHN P. KACAVAS
                                                                               United States Attorney


                                                                     By:     /s/ Nick Abramson_____
                                                                               Nick Abramson
                                                                               Assistant U.S. Attorney
                                                                               Bar No. 672267 (MA)
                                                                               United States Attorney's Office
                                                                               53 Pleasant Street, 4th Floor
                                                                               Concord, NH 03301
                                                                               (603) 225-1552

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon Lawrence Vogelman, Esq., counsel for the defendant, through the electronic filing system.