UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES OF AMERICA,  \*
                                         \*
          Plaintiff,  \*
                                         \*
v.                                   \*    Docket No. 1:13-cr-00142-PB
                                         \*
Johnathon Irish,  \*
                                         \*
         Defendant  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED 2014 OCT -7 A 11: 25

## **WAIVER OF SPEEDY TRIAL**

I, Johnathon Irish, the defendant in the above-captioned cases, for the purposes of the motion to continue the trial, respectfully waive my right to a speedy trial.

Respectfully submitted,

Date: 30 SEPTEMBER 2014

_____
Johnathon Irish