UNITED STATES OF AMERICA

US DISTRICT COURT



U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
CONCORD NH
2014 OCT 14 P 3:00

UNITED STATES OF AMERICA
v
JOHNATHON IRISH

13-CR-00142-PB-1

MOTION FOR BAIL

Now comes Johnathon Irish , With a **MOTION FOR BAIL** and says that;

1. Mr. Irish would like to be granted bail for many reason's. First off Mr. Irish's only living grandfather is in the nursing home and has been informed that his health is not well and is nearing the end and would love nothing more than to be able to visit him a few more times before his grandfather passes away.

2. Mr. Irish was denied bail before based on the government claiming that he is a threat to others and the community. Although threw his evaluation Dr. Damesa stated in her report that he is NOT of any threat to anyone not to the community, not to himself and not to others.

3. Mr. Irish would like to be granted bail so that he can properly and effectively work hand and hand in person at his ability with an attorney to complete this case properly.

4. Mr. Irish's Fiancee/ Wife's health is a hard thing for her to control on her own do to a preexisting seizure disorder that ONLY Mr. Irish has been able to determine if she is slipping into a seizure. While living with his Fiancee she did not need to be on any medication's now she has no choice to be on 3 different medication's and sent back to neurology. With the stress from this case her seizures have come back and her anorexia has also relapsed with her weight going under 100 pounds. At one point when contact was not aloud between Mr. Irish and Ms. Taylor because of the government forcing an unwanted no contact order her weight went as low as 87 pounds. When Mr. Irish was transported to New York there was 5 days that no one knew where Mr. Irish was and Ms. Taylor's weight again went down again to 98 pounds and has just now gotten herself to a healthy weight but it is still going up and down do to the stress and mix of medication's.

5. Mr. Irish's daughter who just turned 4 years old was not even able to see each other for her birthday that do to his incarceration. She is also according to the child's mother is beginning to show signs of depression which is not good for such a young child. Mr. Irish's daughter also cry's and sometimes screams in her sleep for her father and there is sadly nothing they can do to help her with this other than Mr. Irish being at least granted bail.

6. Mr. Irish has also claims that in the unit at the facility he is housed in that there is a staff infection MRSA and pneumonia that is going untreated. Some have been given medication but they have been seen selling the medication to other inmates. Also refusing to quarantine those inmates with the MRSA. If Mr. Irish catches the MRSA this is a huge threat to his health as he has an eye injury that caused him to loose his eye when he was barely 9 years old. If any

infection spreads to his eye this could cause other serious health issues.

7. Mr. Irish would benefit from being granted bail in order to properly prepare for trial on his own and with the proper assistance with an attorney. His current attorney is refusing to communicate with him including hanging up on Mr. Irish and telling his office staff to no longer accept phone calls from him or other family members. They attempt to call they hang up on him and them.

8. Mr. Irish has been unable to properly prepare for trial with the Attorneys that this court has provided him with one being the Public Defenders office, Attorney Jonathan Saxe and now Attorney Vogelman. Mr. Irish is fully aware that he has filed this motion in the past then chose to continue with Attorney Vogelman ONLY because Attorney Vogelman in court would state that he has no issue working with Mr. Irish then by the end of the day Attorney Vogelman would go back on his words of assistance.

9. Attorney Vogelman has ordered his office staff to not take any calls from Mr. Irish or any members of the famiy to "hang up the phone" as soon as they know that it is either his mother Nancy Haskell or his Fiancee/ Wife Stephanie Taylor. Regardless to the fact that the family is only trying to contact the office with helpful information that they need in regards to this case. Including but not limited to specific dates and times that need to be passed to Attorney Vogelman, and information on alleged witnesses.

10. It is Mr. Irish's feeling and believe that Attorney Vogelman doesn't want to work properly with and threw his office staff to assist Mr. Irish any further. Mr. Irish is under them impression that the facility that he is housed at will not allow attorney client phone calls via the attorney call the jail and ask to be put in contact with him as he has been told by Attorney Vogelman and his staff that they can not call this facility to be put in contact with their client. IF this is true then this is a problem that needs to be corrected with the facility so that contact can be made.

11. Mr. Irish deserves proper action from an attorney and facility to be able to maintain contact between the client and his attorney. It is also not proper for any attorney office to slam the phone's down when contact is attempting to be made.

12. Mr. Irish would like nothing more than to NOT allow Attorney Vogelman this last chance because of these action's. It is in Mr. Irish's memory that Attorney Vogelman stated that during his time of medical leave for surgery that there was going to be a form of assistant with in his office that could be in contact with Mr. Irish and would be working on this case with him and for him.

13. Attorney Vogelman has been appointed as the Attorney to assist Mr. Irish in this case to work with and for Mr. Irish to fight against these charges not to work against Mr. Irish as Attorney Vogelman's action's have been through out this case have been against Mr. Irish's wishes.

14. Attorney Vogelman was requested by the Judge on this to have specific motions filed with this court no later than today October 14th 2014 and for the government to file their response no later than October 21st 2014. Mr. Irish received a letter from Attorney Vogelman that he will not be doing as the Judge requested and will not be filing the motion for dismissal based on prosecutable misconduct. Although the information provided to Attorney Vogelman by Mr. Irish Attorney Vogelman stated in the letter that it is helpful information yet its to Mr. Irish's belief that Attorney Vogelman will not be doing anything that even might be helpful to Mr. Irish in

this case even though Attorney Vogelman works for Mr. Irish in this case not the government it is Attorney Vogelman who's actions are proving to Mr. Irish that is intentions are to work against him in this trial and no longer trusts Attorney Vogelman with this case.

15. Mr. Irish does not have the income to provide his own funds for his own attorney in this matter do to him being incarcerated but could greatly benefit form having not only the proper attorney working on this case but a proper way to communicate with the assisting Attorney.

16. Mr. Irish is now also requesting bail based on the fact that Mr. Irish's Wife was in the hospital this past Saturday October 11th 2014. She was treated for abdominal pain. She was told that she has multiple cysts on her ovaries. A follow up appointment with her Dr has now added that she is to be treated for Diverticulitis and according to the Dr she is the youngest to be get treated for this as its usually only elderly individuals that have to deal with it.

17. Ms. Taylor has been under Dr.'s orders not to lift anything over 15 pounds although without Mr. Irish's assistance with their daughter Ms. Taylor has no choice but to go against those orders. Also Mr. Irish fears for his Wife's health in this time as she has had problems with her stress induced seizure disorder and her anorexia that of which she has not had any issues with sense she was 16 years old. Now her health is only getting worse and Mr. Irish fears for his Wife's health as it only seems to be getting worse as the time slowly passes awaiting trial. Mr. Irish requests bail so that he can physically care for his family being his Wife and Daughter.

18. Mr. Irish states that where he has been offered many plea deals that bail should not be denied or argued by the government. Threw the evaluation from MCC NY Dr. Damesa cleared Mr. Irish as a threat to himself the community or to others so any further claim from the government that Mr. Irish is a potential threat is beyond a far fetched claim.

19. Mr. Irish has made the statement that he will agree and submit to an ankle monitor and random drug testing while on bail. As well as will discuss with the court any other restriction's while on bail.

20. Mr. Irish has been unable to concentrate while in these so called correctional facility's do to his PTSD, ADHD, ADD, and his anti-social personality disorder in order to work on his defense. As well as the fact that he can not be in proper contact with his Attorney or the office from his current location. That being Middleton Ma. Essex County Jail.

21. Needless to say Mr. Irish requests bail so that he can and will care for his family as his Wife and mother to their daughter has raising health issues. As well as Mr. Irish needs to be able to work better with an attorney to prepare for his trial.

Wherefore the defendant Johnathon S. Irish respectfully requests that this Honorable Court:

1. Grant this motion and grant him bail.

2. If motion is not to be granted then to please grant Mr. Irish with bail so that he can properly prepare for a proper trial.

3. Any other relieve that this court deems just and fair.

Respectfully submitted

Johnathon Irish

*[signature]*

CERTIFICATE OF SERVICE

I hereby certify that on this day, that this motion has been forwarded to the Federal Prosecutor U.S.D.A. Nick Abramson at 53 Pleasant Street, 4th floor Concord, NH 03301

Johnathon S. Irish
October 14                    , 2014

*[signature]*