UNITED STATES OF AMERICA

US DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
CONCORD NH

2014 OCT 27 P 3: 41

UNITED STATES OF AMERICA
v
JOHNATHON IRISH

13-CR-00142-PB-1

### DEFENDANT'S RESPONSE TO GOVERNMENTS OBJECTION TO BAIL

Now comes, the defendant Johnathon Irish with a RESPONSE TO GOVERNMENTS OBJECTION TO BAIL and says that:

1. The defendant does not pose any threat to himself the community any potential witnesses or any member of Law Enforcement.

2. There has been no proof given to this Honorable Court of any conviction against Mr. Irish that proves Mr. Irish is a threat to himself or others in the community or the alleged witnesses.

3. Where as this honorable court has scheduled a hearing on the matter of bail prior to the defendant being able to respond to the governments objection to bail the defendant will litigate this matter verbally in person to this honorable court at the hearing that this honorable court scheduled for November 3rd at 10:00 am.

Wherefore the defendant Johnathon S. Irish respectfully requests that this Honorable Court:

1. Grant Mr. Irish the opportunity to speak clearly and freely without interruption by the government on this matter with the court at the hearing scheduled for November 3rd at 10:00.

2. Any other relief that this court deems just and fair.

Respectfully submitted;

Johnathon S. Irish 10/27/2014

## CERTIFICATION

I certify that I have this day mailed a copy of this to the proscutor in this case Nick Abrabramson at Pleasant Street Concord NH aswell as a copy to Attorney Larry Vogelman

Johnathon S. Irish
10/27/2014