Johnathan Irish
Strafford County DOC
266 County Farm Rd
Dover, NH 03820

NIXIE        015    FE 1        0010/29/14

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 03301394135    *1669-12372-29-32

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICIAL BUSINESS

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV -3 2014

FILED