UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 1:13-cr-00142-PB |
| v. ) | |
| ) | |
| JOHNATHON IRISH ) | |
| _____ ) | |

## STATUS REPORT REGARDING THE DEFENDANT'S ACCESS TO DISCOVERY MATERIALS

On November 3, 2014, the Court ordered that within 7 days, the government communicate with the Essex County Correctional Facility in Middleton, Massachusetts, and the United States Marshals Service to determine (1) whether there is, in fact, some limitation on the defendant's access to the thumb drive containing his discovery materials; and (2) if there is such a limitation, how to resolve it such that the defendant can freely access those discovery materials in preparation for trial.

On November 4, 2014, the government was informed that the defendant would be given free access to his discovery materials if those materials are placed on a CD or DVD disc. The parties are presently working on transferring that discovery material from a thumb drive to a DVD disc, at which time the defendant will be able to freely access those materials. If any further complications arise that require the Court's intervention, the government will immediately provide notice to the Court, and specifically identify the necessary relief.

                    Respectfully submitted,

                    JOHN P. KACAVAS
                    United States Attorney

By:       /s/ Nick Abramson_____
                    Nick Abramson
                    Assistant United States Attorney
                    MA Bar No. 672267
                    53 Pleasant Street, 4th Floor
                    Concord, NH 03301
                    (603) 225-1552
Date: November 5, 2014       Nick.Abramson@usdoj.gov

3

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served via ECF to Lawrence Vogelman, Esq., counsel for defendant.

                                    /s/ Nick Abramson
                                    Nick Abramson
                                    Assistant United States Attorney