UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal Case No. 1:13-cr-00142-PB** |
| **v.** ) | |
| ) | |
| **JOHNATHON IRISH** ) | |
| _____ ) | |

## UNITED STATES' MOTION TO DISMISS COUNT FIVE WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government hereby moves to dismiss without prejudice Count Five of the Indictment, which charges the defendant, Johnathon Irish, with possessing a firearm as a regular user of the controlled substance marijuana, in violation of 18 U.S.C. § 922(g)(3).  The government intends to move forward at trial on Counts One and Two of the Indictment.

Dated: November 7, 2014                                   Respectfully submitted,

                                                                              JOHN P. KACAVAS
                                                                              United States Attorney


                                                                    By:   /s/ Nick Abramson_____
                                                                              Nick Abramson
                                                                              Assistant U.S. Attorney
                                                                              Bar No. 672267 (MA)
                                                                              United States Attorney's Office
                                                                              53 Pleasant Street, 4th Floor
                                                                              Concord, NH 03301
                                                                              (603) 225-1552

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been served upon Lawrence Vogelman, Esq., counsel for the defendant, through the electronic filing system.