UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * *
UNITED STATES OF AMERICA,       *
                                *
        v.                      *   Docket No.  1:13-CR-00142-PB-1
                                *
JOHNATHON IRISH                 *
                                *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ASSENTED-TO MOTION TO AUTHORIZE CO-COUNSEL

Johnathon Irish, through his attorney, Lawrence A. Vogelman, of Nixon, Vogelman, Barry, Slawsky & Simoneau, P.A., asks this Court to authorize Lawrence A. Vogelman's partner, Kirk C. Simoneau, to be co-counsel in the upcoming trial.

1. I am the attorney assigned to represent Mr. Irish pursuant to the Criminal Justice Act.

2. For reasons known to the Court, this is an unusual case particularly in terms of client relationships.

3. This case is scheduled for jury selection on December 2nd, and trial during the subsequent two-week period.

4. The undersigned would like his partner, Kirk C. Simoneau, to be co-counsel during the trial. Mr. Simoneau is admitted to this Court.

5. AUSA Nick Abramson assents to this motion.

6. Due to the nature of this motion, no memorandum of law is attached.

WHEREFORE, for the reasons stated above, Johnathon Irish requests that Kirk Simoneau be allowed to file an appearance as co-counsel in this trial and be compensated at the associate's rate pursuant to the Criminal Justice Act.

1

Respectfully submitted,

JOHNATHON IRISH

By his attorneys,

NIXON, VOGELMAN, BARRY,
SLAWSKY & SIMONEAU, P.A.

Date: November 10, 2014    By:    */s/ Lawrence A. Vogelman*
　　　　　　　　　　　　　　　　　Lawrence A. Vogelman #10280
　　　　　　　　　　　　　　　　　77 Central Street
　　　　　　　　　　　　　　　　　Manchester, NH 03101
　　　　　　　　　　　　　　　　　(603) 669-7070
　　　　　　　　　　　　　　　　　Email: lvogelman@DaveNixonLaw.com

## CERTIFICATE OF SERVICE

　　　I hereby certify that a copy of the foregoing ***Motion*** has this date been electronically mailed to John Kacavas and Nick Abramson, counsel for the government, and conventionally mailed to Johnathon Irish.

　　　　　　　　　　　　　　　　　 */s/ Lawrence A. Vogelman*