UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES OF AMERICA,       \*
                                \*
        v.                      \*       Docket No.  1:13-CR-00142-PB-1
                                \*
JOHNATHON IRISH                 \*
                                \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ASSENTED-TO MOTION FOR LAWYER CONDUCTED VOIR DIRE**

     Johnathon Irish, through his attorney, Lawrence A. Vogelman, of Nixon, Vogelman, Barry, Slawsky & Simoneau, P.A., requests that this Court allow a brief period of attorney conducted voir dire in this case.

     1.     In New Hampshire, as this Court knows, many citizens have very strongly held views about gun possession and federal regulation of that possession.

     2.     The parties believe that a short period of attorney conducted voir dire in addition to the Court's voir dire would be helpful in this case.

     3.     Due to the nature of this motion, no memorandum of law is attached.

     4.     AUSA Nick Abramson, attorney for the government, assents to this motion.

     WHEREFORE, for the reasons stated above, Johnathon Irish requests that both the government and the plaintiff be allowed twenty minutes of lawyer conducted voir dire in addition to the Court's voir dire.

     Respectfully submitted,

     JOHNATHON IRISH

     By his attorneys,

                                          NIXON, VOGELMAN, BARRY,
                                          SLAWSKY & SIMONEAU, P.A.

Date: November 10, 2014        By:    */s/ Lawrence A. Vogelman*
                                                  Lawrence A. Vogelman #10280
                                                  77 Central Street
                                                  Manchester, NH 03101
                                                  (603) 669-7070
                                                  Email: lvogelman@DaveNixonLaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing **Motion** has this date been electronically mailed to John Kacavas and Nick Abramson, counsel for the government, and conventionally mailed to Johnathon Irish.

                                                  */s/ Lawrence A. Vogelman*