UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

       Plaintiff

      v.                                     Case No. 13-cr-142-01 PB

Johnathon Irish

       Defendant

## APPOINTMENT OF CO-COUNSEL UNDER
## THE CRIMINAL JUSTICE ACT

      This case has presented several unusual and difficult issues, particularly related to the relationship between defendant and counsel, which issues likely will continue through the anticipated two-week trial. In this respect, the court finds that the case is an extremely difficult one that warrants the appointment of co-counsel through to the conclusion of trial.

      Defense counsel proposes that the court appoint one of his law partners, Attorney Kirk Simoneau as co-counsel. Although Attorney Simoneau is not on the court's CJA panel, given his professional relationship with current counsel and presumed familiarity with the case, the court finds that it is in the interest of judicial economy and justice to appoint Attorney Simoneau as co-counsel *pro hac vice*, at the associate non-CJA hourly rate of $80.00.

      Counsel shall file a proposed budget that explains in detail the role that attorney Simoneau will play in the case. The budget shall also explain the measures that counsel will take to avoid unnecessary duplication of charges. The proposed budget shall be filed within 7 days.

      SO ORDERED.


Date:  November 13, 2014                        /s/ Paul Barbadoro_____
                                                       Paul Barbadoro
                                                         United States District Judge

cc:    Lawrence A. Vogelman, Esq.
        Nick Abramson, Esq.
        John Paul Kacavas, Esq.