UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA	) | |
| 	) | |
| v.	) | |
| 	)	Criminal Case No. 1:13-CR-00142-PB | |
| JOHNATHON IRISH	) | |

GOVERNMENT'S NOTICE OF POSITION
WITH RESPECT TO JURY EVIDENCE RECORDING SYSTEM

The United States of America, by John P. Kacavas, United States Attorney for the District of New Hampshire, hereby states its position that the use of the Jury Evidence Recording System in the trial of this case is appropriate. JERS will aid the jury in considering the evidence, which includes both audio and video recordings. Adherence to the procedures outlined in the local rules and the Court's website will reduce to an acceptable level any potential disadvantages to using the JERS system in this case. The defendant, by and through his counsel, assents to the use of the JERS system.

Dated: November 19, 2014                              Respectfully submitted,

                                                     JOHN P. KACAVAS
                                                     United States Attorney


                                                     /s/ Nick Abramson
                                                     Nick Abramson
                                                     Assistant U.S. Attorney
                                                     Mass. Bar 672267
                                                     United States Attorney's Office
                                                     53 Pleasant Street, 4th Floor
                                                     Concord, New Hampshire 03301
                                                     (603) 225-1552
                                                     Nick.Abramson@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the this motion of the United States was served by electronic mail on Larry Vogelman, Esq., counsel for defendant Johnathon Irish, on November 19, 2014.

                    /s/ Nick Abramson_____
                    Assistant U.S. Attorney