UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES OF AMERICA,      \*
                               \*
         v.                    \*    Docket No.  1:13-CR-00142-PB-1
                               \*
JOHNATHON IRISH                \*
                               \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LIST OF PROPOSED EXHIBIT FOR DEFENDANT

A1 (id).    March 8, 2013, Order 10th Circuit Court.

Respectfully submitted,

JOHNATHON IRISH

By his attorneys,

NIXON, VOGELMAN, BARRY,
SLAWSKY & SIMONEAU, P.A.

Date:  November 24, 2014      By:   */s/ Lawrence A. Vogelman*
                                    Lawrence A. Vogelman #10280
                                    77 Central Street
                                    Manchester, NH 03101
                                    (603) 669-7070
                                    Email:  lvogelman@DaveNixonLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Exhibit List has this date been electronically mailed to John Kacavas and Nick Abramson, counsel for the government, and conventionally mailed to Johnathon Irish.

*/s/ Lawrence A. Vogelman*
Lawrence A. Vogelman