UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES OF AMERICA,   \*
                                   \*
     v.       \*   Docket No.  1:13-CR-00142-PB-1
                                   \*
JOHNATHON IRISH   \*
                                   \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LIST OF PROPOSED WITNESSES
## FOR DEFENDANT

1. Roscoe Whitney

Respectfully submitted,

JOHNATHON IRISH

By his attorneys,

NIXON, VOGELMAN, BARRY,
SLAWSKY & SIMONEAU, P.A.

Date:  November 24, 2014    By:   */s/ Lawrence A. Vogelman*
                                                         Lawrence A. Vogelman #10280
                                                         77 Central Street
                                                         Manchester, NH 03101
                                                         (603) 669-7070
                                                         Email:  lvogelman@DaveNixonLaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Witness List has this date been electronically mailed to John Kacavas and Nick Abramson, counsel for the government, and conventionally mailed to Johnathon Irish.

                                                            */s/ Lawrence A. Vogelman*
                                                            Lawrence A. Vogelman