UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No.  1:13-cr-00142-PB |
| | ) | |
| **JOHNATHON IRISH** | ) | |

## WITNESS LIST OF THE UNITED STATES FOR
## TRIAL ON DECEMBER 11, 2014

The United States of America, by John P. Kacavas, hereby offers the following list of potential witnesses that may be called at the trial of Johnathon Irish, scheduled for December 11, 2014.

Special Agent Michael Gibeley
Federal Bureau of Investigation
Portsmouth, New Hampshire

Matthew Laughton
Exeter, New Hampshire

Timothy Liska
Seabrook, New Hampshire

Matthew Cotnoir
Hooksett, New Hampshire

Stephanie Taylor
Northwood, New Hampshire

Special Agent Philip Christiana
Federal Bureau of Investigation
Bedford, New Hampshire

Milton Abrams
Chichester, New Hampshire

Lt. David Roy
Brentwood, New Hampshire Police Department

Officer Daniel Rivard
Formerly of the Manchester, New Hampshire Police Department

Date: November 25, 2014

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

/s/ John P. Kacavas
United States Attorney
New Hampshire Bar # 8177
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
john.kacavas@usdoj.gov


/s/ Nick Abramson
Assistant United States Attorney
Massachusetts Bar # 672267
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Nick.Abramson@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the Witness List of the United States was served via ECF to Lawrence Vogelman, Esquire, counsel for defendant Johnathon Irish, on November 25, 2014.

                                                                                                     _____

                                                                                                     Nick Abramson  
                                                                                                     Assistant U.S. Attorney