# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

## CJA PANEL ATTORNEY FACT SHEET
Information Regarding the Completion of Vouchers Submitted
under the Criminal Justice Act - CJA Form 20

**March 1, 2014**

To receive payment, a CJA Form 20 must be completed properly. Please read the instructions to the form carefully when submitting a voucher. Links to instructions for completing the CJA 20 Form and additional information can be obtained from:

**United States District Court- NH:** [CJA Reference Manual](#):

[Guidelines for the Administration of the Criminal Justice Act and Related Statutes (CJA Guidelines), Volume 7, *Guide to Judiciary Policy*, Part A, Chapter 2- Appointment & Payment of Counsel](#)

Attorneys must maintain contemporaneous time and attendance records for all work performed as well as expenses records. Such records, which may be subject to audit, must be retained for three years after approval of the panel attorney's final voucher for a case. *Any overpayments are subject to collection, including deduction of amounts due from future vouchers.*

<span style="color:red">For cases filed on or after August 1, 2012:</span>

<span style="color:red">**Mandatory Immediate Submission of CJA 20 Voucher When Attorney's Fees Exceed Case Maximum:**  If at any point during a court appointed representation the total unpaid attorney compensation (i.e. the amount inserted on CJA 20, sections 15 & 16 combined) exceeds the statutory maximum as provided in 18 U.S.C. § 3006A(d)(2), which currently is $9,800, counsel shall immediately conventionally file a CJA 20 voucher.  Thereafter, counsel shall conventionally file a CJA 20 voucher when the accumulated (and not previously paid) attorney compensation exceeds $5,000.</span>

<span style="color:red">These vouchers must be accompanied by the following:</span>

<span style="color:red">(a) an ex parte motion that explains (i) why the case is "extended" or "complex" (see § 230.23.40(b)), (ii) why the excess payment is necessary to provide fair compensation (see § 230.23.40(c)), and (iii) to the extent CJA counsel is seeking compensation for a partner or associate, the tasks, number of hours, hourly rate, and total expenditure for each partner or associate.  See also LR 44.1(c); and</span>

<span style="color:red">(b) a proposed budget that outlines the anticipated future attorney compensation that will be incurred until the resolution of the case (for a fillable form containing the substance of what should be addressed in this proposed budget, click here: http://www.nhd.uscourts.gov/pdf/CJA%20Ref%204d.pdf)</span>

**PANEL ATTORNEY PAYMENT VOUCHER GUIDANCE**:

- Panel attorneys should review their vouchers to ensure that they do not contain errors, duplicate payment claims, or other improper charges.  Attorneys should also review their billing practices to ensure that claims are appropriate.

- A panel attorney may not submit duplicate bills for the time spent in common on more than one CJA representation, but instead must prorate the total time between the cases.  For example, if an attorney is traveling to provide services for more than one person under the CJA, he or she may not bill the entire travel time and expenses on each payment claim.  When claims are prorated between cases, a separate voucher must be completed for each case (i.e., for each docket number listed), and each case must be cross referenced on the vouchers.  See CJA Guidelines, Volume 7, *Guide to Judiciary Policy,* Part A, Ch. 2, § 230.50, and the instructions for items 3-6 of CJA Form 20.

- With respect to mileage expenses, the number of miles and the origination and destination of the travel must be submitted as part of the supporting documentation (see instruction 17 to CJA Form 20 for other information and documentation that is required for travel expenses).

- Attorneys should submit supporting documentation for other expenses such as receipts, canceled checks, or affidavits must be submitted for any single expense in excess of $50.

*If you have any questions regarding the completion of the CJA 20 Form*
*please contact the court and ask to speak with a CJA auditor.*

**CJA 20 FORM FACT SHEET:   REFERENCE MATERIALS**

**For additional information regarding payment for attorney fees and expenses, please see the CJA Guidelines, Volume 7, *Guide to Judiciary Policy*, Part A, Ch. 2, § 230**

**USDC-NH CJA REFERENCE MANUAL:**
**http://www.nhd.uscourts.gov/ac/cja-panel/reference%20manual.asp**

**USDC-NH CRIMINAL FORMS   http://www.nhd.uscourts.gov/cp/fuf.asp**

**Attachment to CJA 20 Voucher (PDF)**

**CJA 20 Expense Worksheet (PDF)**

**CJA 20 In-Court Hourly Worksheet (PDF)**

**CJA 20 Out-of-Court Hourly Worksheet (PDF)**

**CJA Renewal Application Form Fillable (PDF)**

**CJA New Member/Reclassification Application Form (PDF)**

**CJA Payee Registration Form (PDF)**

**USDC- NH CJA VOUCHERS: FREQUENTLY ASKED QUESTIONS:**
**http://www.nhd.uscourts.gov/pdf/CJA%20VOUCHER%20FAQ.pdf**