UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES OF AMERICA,      \*
    \*
    v.     \*     Docket No. 1:13-CR-00142-PB-1
    \*
JOHNATHON IRISH     \*
    \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ASSENTED-TO MOTION TO RESCHEDULE SENTENCING

Lawrence A. Vogelman, counsel for Johnathon Irish, requests that this Court reschedule sentencing to the afternoon of February 19, 2015.

1. Sentencing is now scheduled for February 23, 2015.

2. Tentatively the Bureau of Prisons has calculated Mr. Irish's release date as February 20, 2015.

3. AUSA Nick Abramson assents to this motion

4. Due to the nature of this motion no memorandum of law is necessary.

WHEREFORE, for the reasons stated herein, the parties request that sentencing be rescheduled to the afternoon of February 19, 2015.

    Respectfully submitted,

    **JOHNATHON IRISH**

    By his attorneys,

    NIXON, VOGELMAN, BARRY,
    SLAWSKY & SIMONEAU, P.A.

Date: February 10, 2015     By:     */s/ Lawrence A. Vogelman*
    Lawrence A. Vogelman #10280
    77 Central Street
    Manchester, NH 03101
    (603) 669-7070

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing motion has this date been electronically mailed to Nick Abramson, counsel for the government.

                                       */s/ Lawrence A. Vogelman*
                                       Lawrence A. Vogelman