Acknowledgment – Sentencing Options and Supervision Conditions

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# UNITED STATES DISTRICT COURT
## District of New Hampshire

FEB 19 2015

FILED

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

Johnathon Irish
Defendant

Case Number: 13-CR-142-01-PB

I, __Johnathon Irish__, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 2/12/15

X _____
Defendant

_____
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)