UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * * * *
UNITED STATES OF AMERICA,    *
                             *
            Plaintiff,       *
                             *
v.                           *       Docket No.  1:13-cr-00142-PB
                             *
Johnathon Irish,             *
                             *
            Defendant        *
* * * * * * * * * * * * * * * * * * * *

## WITHDRAWAL OF COUNSEL

Please enter my withdrawal as counsel for Johnathon Irish.


Date: April 24, 2015                    */s/Lawrence A. Vogelman*
                                        Lawrence A. Vogelman (#10280)
                                        Nixon, Vogelman, Barry,
                                        Slawsky & Simoneau, PA
                                        77 Central Street
                                        Manchester, NH 03101
                                        Phone:  (603) 669-7070
                                        Email:  Lvogelman@davenixonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ***Withdrawal*** has this date been electronically mailed to John Kacavas and Nick Abramson, counsel for the government, and conventionally mailed to Johnathon Irish, 311 Lyndeborough Road, New Boston, NH 03070.


                                        */s/Lawrence A. Vogelman*
                                        Lawrence A. Vogelman