UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES OF AMERICA,  *
                           *
        Plaintiff,         *
                           *
v.                         *          Docket No.  1:13-cr-00142-PB
                           *
Johnathon Irish,           *
                           *
        Defendant          *
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WITHDRAWAL OF COUNSEL

Please enter my withdrawal as counsel for Johnathon Irish.


Date: April 24, 2015                */s/ Kirk C. Simoneau*
                                                     Kirk C. Simoneau (#19291)
                                                     Nixon, Vogelman, Barry,
                                                     Slawsky & Simoneau, PA
                                                     77 Central Street
                                                     Manchester, NH 03101
                                                     Phone: (603) 669-7070
                                                     Email: Ksimoneau@davenixonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ***Withdrawal*** has this date been electronically mailed to John Kacavas and Nick Abramson, counsel for the government, and conventionally mailed to Johnathon Irish, 311 Lyndeborough Road, New Boston, NH 03070.


                                                     */s/ Kirk C. Simoneau*