UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 1:13-cr-00142-PB |
| v. ) | |
| ) | |
| JOHNATHON IRISH ) | |
| _____ ) | |

## UNITED STATES' RESPONSE TO MR. IRISH'S MOTION TO WAIVE TRANSCRIPT FEES

On April 24, 2015, Johnathon Irish filed a motion to request that the Court waive any fees associated with the procurement of transcripts from certain specified court proceedings. The Government does not object to Mr. Irish's motion.[1]

 

Respectfully submitted,

DONALD FEITH
Acting United States Attorney

By:   /s/ Nick Abramson_____
Nick Abramson
Assistant United States Attorney
MA Bar No. 672267
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552
Date: May 4, 2015                    Nick.Abramson@usdoj.gov

---

[1] Mr. Irish attempted to contact the Government to obtain assent, but counsel for the Government was on annual leave.

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on Johnathon Irish via E.C.F. and U.S. Mail (to address 311 Lyndeboro Road, New Boston, New Hampshire 03070).

                                      /s/ Nick Abramson
                                      Nick Abramson
                                      Assistant United States Attorney