UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 1:13-cr-00142-PB |
| v. ) | |
| ) | |
| JOHNATHON IRISH ) | |
| _____ ) | |

## UNITED STATES' RESPONSE TO MR. IRISH'S MOTION TO OBTAIN RECORDED PRISON CALLS

On April 24, 2015, Johnathon Irish filed a motion to request that the Court provide all of his recorded telephone calls while he was incarcerated during his criminal case (from approximately November 2013, through mid-February 2015).[1] The Government did not request, or obtain, all of the recorded prison calls made or received by Mr. Irish while he was incarcerated; rather, the Government obtained select sets of recorded telephone calls, which were provided to Mr. Irish's counsel in discovery.

To the extent Mr. Irish wishes to acquire "all" of the recorded calls, many of which the Government did not obtain, the Government has no objection to Mr. Irish filing a request with the respective correctional facilities to obtain those materials.

---

[1] Mr. Irish attempted to contact the Government to obtain assent, but counsel for the Government was on annual leave.

1

                                      Respectfully submitted,

                                      DONALD FEITH
                                      Acting United States Attorney

                By:        /s/ Nick Abramson_____
                                      Nick Abramson
                                      Assistant United States Attorney
                                      MA Bar No. 672267
                                      53 Pleasant Street, 4th Floor
                                      Concord, NH 03301
                                      (603) 225-1552
Date: May 4, 2015                     Nick.Abramson@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on Johnathon Irish via E.C.F. and U.S. Mail (to address 311 Lyndeboro Road, New Boston, New Hampshire 03070).

                                        /s/ Nick Abramson
                                        Nick Abramson
                                        Assistant United States Attorney