UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>  )<br>v.  )<br>  )<br>JOHNATHON IRISH  )<br>_____  ) | Criminal Case No. 1:13-cr-00142-PB |

**STATUS REPORT REGARDING RELINQUISHMENT OF PROPERTY**

On May 29, 2015, this Court held a hearing on Mr. Irish's motion to compel the return of certain specified property, including three firearms and some ammunition. At that hearing, the parties came to an agreement that those items of property would be released to a third party – an individual named Roscoe Whitney – on the condition that the government have the opportunity to interview Mr. Whitney and assess his suitability as a third-party custodian.

The following week, on June 4, 2015, Mr. Whitney was interviewed by a Special Agent with the Federal Bureau of Investigation. At the conclusion of that interview, it was determined that Mr. Whitney is, indeed, a suitable custodian.

The government is currently in the process of photographing and further documenting the relevant pieces of evidence to be turned over to Mr. Whitney. Additionally, a meeting has tentatively been scheduled with Mr. Irish for July 7, 2015, in order for Mr. Irish to review those photographs and sign a document indicating that he has reviewed the photographs, and that the items depicted in the photographs belonged to him. The government will then schedule a time with Mr. Whitney to turn over the property.

As soon as this process is completed, the government will submit a final Status Report to the Court.

1

                                                              Respectfully submitted,

                                                              DONALD FEITH
                                                              Acting United States Attorney

                    By:                /s/ Nick Abramson_____
                                                              Nick Abramson
                                                              Assistant United States Attorney
                                                              MA Bar No. 672267
                                                              53 Pleasant Street, 4th Floor
                                                              Concord, NH 03301
                                                              (603) 225-1552
Date: June 16, 2015                             Nick.Abramson@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on Johnathon Irish via ECF and U.S. Mail (to address 311 Lyndeboro Road, New Boston, New Hampshire 03070).

                                            /s/ Nick Abramson
                                            Nick Abramson
                                            Assistant United States Attorney