UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 1:13-cr-00142-PB |
| v. ) | |
| ) | |
| JOHNATHON IRISH ) | |
| _____ ) | |

### STATUS REPORT REGARDING RELINQUISHMENT OF PROPERTY

On May 29, 2015, this Court held a hearing on Mr. Irish's motion to compel the return of certain specified property, including three firearms and some ammunition. At that hearing, the parties came to an agreement that those items of property would be released to a third party – an individual named Roscoe Whitney – on the condition that the government have the opportunity to interview Mr. Whitney and assess his suitability as a third-party custodian.

The following week, on June 4, 2015, Mr. Whitney was interviewed by a Special Agent with the Federal Bureau of Investigation. At the conclusion of that interview, it was determined that Mr. Whitney is a suitable custodian.

On Tuesday, July 14, 2015, Special Agent Christiana (FBI) turned over to Mr. Whitney three firearms and the ammunition, as agreed by the parties. Additionally, on July 7, 2015, Mr. Irish's remaining personal property was returned to him by the FBI. At this time, the government believes that it has met all obligations with respect to the return of Mr. Irish's

personal property.

                                                                   Respectfully submitted,

                                                                   DONALD FEITH
                                                                   Acting United States Attorney

By:        /s/ Nick Abramson_____
              Nick Abramson
              Assistant United States Attorney
              MA Bar No. 672267
              53 Pleasant Street, 4th Floor
              Concord, NH 03301
              (603) 225-1552

Date: July 15, 2015              Nick.Abramson@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on Johnathon Irish via ECF and U.S. Mail (to address 311 Lyndeboro Road, New Boston, New Hampshire 03070).

                                              /s/ Nick Abramson
                                              Nick Abramson
                                              Assistant United States Attorney