Attorney Abramson,

First off please accept my sincerest apologies for the delay in this letter, as I explained to you previously I suffered an injury to my hand that caused a blood infection which effected my cognitive skills as well as my ability to type.  This is the letter in which we have spoken about multiple times regarding the properties that was seized from my former home 170 Rowell Rd. West Brentwood NH as well as my two vehicles, one 2010 Jeep Grand Cherokee white in color and one 1992 Ford Bronco white and gun metal gray in color.

Keep in mind that I did not push the matter of the damage done to my 1992 Ford Bronco by the FBI when they searched it in November 2013 which was over $5,000.00.  I did the repairs myself because I could not afford to have the truck towed to a garage to have the estimate done and could not wait an unknown amount of time to have it repaired, so I repaired it myself.  I will not however allow this to go unanswered and allow the property to remain "missing".  Either Phil Christiana locates the properties that were seized and returns them to Mr. Roscoe Whitney or the $1,847.83 needs to be reimbursed to me.

As I believe I informed you of on the telephone when we spoke on 7, August 2015 I had spoken with Lt. David Roy of the Brentwood Police Department regarding the issue of the missing firearms and ammunition whereas Agent Christiana claimed that he returned all property released to him and the FBI by the Brentwood Police Department whom had originally seized the property on 1 November, 2013.  Lt. Roy explained to me that the only firearm that was seized under a warrant was my Sig Sauer C3 1911, that all of the other firearms and ammunition were seized only for reasons of safe keeping and because it would be unsafe and improper and questionably illegal to leave firearms, ammunition, knives etc. unattended in an empty home or motor vehicle as well as because of the alleged charges that I had been arrested

on my bail conditions would state that I was not to be around firearms or ammunition of any kind.  Lt. Roy did confirm that all of the firearms, ammunition, magazines, knifes, body armor and tactical gear owned by Mr. Irish as well as especially what has been mentioned as not returned or "missing" was in fact seized by the Brentwood Police department and Rockingham County Sheriff's Office and subsequently relinquished to the FBI, specifically Agent Phil Christiana.  Agent Christiana however denies that the missing items were ever given to him or transferred to FBI custody which again, is directly contradicted with Lt. David Roy's own volition through conversation with myself on 7 August, 2015.  The following is a detailed list of the items that were seized and not returned and are missing with costs of each item attached.

1) Three ammunition cans of Lake City 5.56 62 Grain M855 Green Tip Steel Core rifle ammunition on stripper clips of 500 rounds per ammunition can (1,500 rounds) on ten round stripper clips (500 rounds per ammunition can on stripper clips, 50-10 round stripper clips per ammunition can), $0.72 per round, multiplied by 1,500 rounds is a total of $1,080.00.

2) Three fifty round boxes of Winchester .45 ACP 230 Grain hollow tip Ranger-T Series "Talon" ammunition, $48.00 per 50 round box multiplied by 3 is a total of $144.00.

3) Eight, eight round stainless steel Sig Sauer brand .45 ACP magazines with black polymer floor plates, $26.00 per magazine multiplied by 8 is a total of $208.00.

4) One, Ka-Bar Cutlass Machete, $55.95.

5) One, Ontario Spec-Plus SP1 Marine Combat Knife, $45.95.

6) One, Gerber 06 Automatic knife, $269.94.

7) One, Gerber Guardian Back-Up Boot Knife, $43.99.

The items that were seized and not returned have a combined value of $1, 847.83

Also, as I had explained and expressed to you during our telephone conversations, all of the firearms have been damaged due to the improper storage of the firearms.  All of the firearms were stored in the "Locked back and open" position which destroyed the trigger and recoil springs in ALL of the firearms belonging to myself and my Wife Stephanie.  The cost for the new trigger assembly and buffer/recoil spring for the Sig Sauer 516 AR-15 type rifle was $168.90 and the cost for the replacement buffer/recoil spring, main spring and firing pin spring for the Sig Sauer C3 1911 was $23.90.  I have attached the receipts for the replacement parts for the Sig Sauer C3 1911 and the Sig Sauer 516 AR-15 type rifle in which we please need to be reimbursed for this as well whereas it was the negligence of the FBI that caused the undue and un needed damage to the firearms.  Due to this damage, the firearms were inoperable and unsafe and had we chosen to sell the firearms and should the judge choose to modify the agreement that the firearms cannot be sold until the 2255 claim is through the firearms would not be safe or operable which would drastically reduce the value.

I was under the impression that you and I and the judge had come to the agreement that the pictures and stipulated agreement that the firearms were in fact in my possession upon my arrest would be suffice enough for any potential future evidence and that would satisfy the evidentiary value, however Mr. Roscoe Whitney was forced to sign an agreement that he would not sell or otherwise dispose of the firearms until after the 2255 claim is through.  This as you can see in the motion I have addressed with the Judge and am requesting a hearing on the matter.

Please feel free to contact me on my cell phone at any time, as well as you can email me. As you are aware the number is a San Antonio Texas number, however I do still reside in New Hampshire.

210-775-4506

Email: Johnathon.Irish1776@gmail.com

Sincerely and In Liberty,

Johnathon S. Irish

10 August, 2015



**Sales@JoeBobOutfitters.com**
**2011 VINE ST HAYS KS 67601**
phone: 785-639-7121  fax: 785-621-4491

**JOE BOB OUTFITTERS.com**

**INVOICE**
Date: 08/03/2015
Order #: 256427

**Bill To:** (Customer ID#141792)

Stephanie Irish
311 Lyndboro Rd
New Boston, NH 03070
United States
210-775-4506
johnathon.irish1776@gmail.com

**Ship To:**

Johnathon Irish
41 Campground Rd
North Wood, NH 03261
United States
210-775-4506

**Payment Method:**

**Credit Card:** Visa
Stephanie Irish
************8208

**Shipping Method:**

*FREE Shipping-Fedex Ground or Priority*

| Code | Description | Qty | JoeBob's Sale Price | Total |
|---|---|---|---|---|
| POF-00457 | POF AR15/AR10 4.5lb Trigger w/ KNS Anti Rotation Pins [Trigger Bundle:KVP 3G Muzzle Brake] | 1 | $149.95 | $149.95 |
| JP-S-OSC | JP Tuned and Polished Extra Power Carbine Buffer Spring JPS-OSC | 1 | $18.95 | $18.95 |

Subtotal: $168.90
Tax: $0.00
Shipping costs: $0.00
**Grand Total: $168.90**

Picked:
Boxed:



# WILSON'S GUN SHOP, INC.
2452 CR 719
Berryville, AR 72616
Phone: (870) 545-3618 • FAX: (870) 545-3310

| Page | Date | Invoice No. |
|---|---|---|
| 1 | 07/23/15 | 638033A |

| | | |
|---|---|---|
| **SOLD TO** | Johnathon Irish<br>311 Lyndeboro Rd<br>New Boston, NH  03070 | |
| **SHIP TO** | Roscoe Whitney<br>41 Campground Rd.<br>Northwood, NH  03261 | |

| Customer No. | Sales I.D. | Reference # | Media Code | Terms |
|---|---|---|---|---|
| 552222 | /RH | | INTERNET | XXXXXXXX4213 VISA |

| Credit Card Number | Type | Phone Number | Total Wt. | Zone | # Packages | Ship Via |
|---|---|---|---|---|---|---|
| | | MAIN ( ) - | 0.0 Lbs | | 6 1 | UPS |

**Message:**

Thanks for Your Order - You are appreciated at Wilson Combat
Please mail all payments and correspondence to 2452 CR 719
Past due invoices will accrue interest at the maximum legal rate

| Qty. | B/O | Shipped | Item # | Description | Unit Price | Disc | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 1 | 324G | Custom Tune® Spring Kit, 1911 Full-Size | 13.95 | -- | 13.95 |
| | | | | MERCHANDISE INVOICE TOTAL $ | | | 13.95 |
| | | | | SHIPPING & HANDLING $ | | | 9.95 |
| | | | | INVOICE TOTAL $ | | | 23.90 |
| | | | | CR. CARD: V , APPR 0047495 | | | -23.90 |