# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOHNATHON IRISH** | Case No.: 1:13-cr-00142-PB<br><br>**MOTION TO VACATE OR SET ASIDE JUDGMENT AND SENTENCE UNDER 28 U.S.C. § 2255** |

### MOTION TO VACATE OR SET ASIDE JUDGMENT AND SENTENCE UNDER 28 U.S.C § 2255

Johnathon Irish respectfully moves the Court to vacate or set aside his judgment and sentence under 28 U.S.C. § 2255(a)-(b) because his guilty pleas were obtained in violation of his right to effective assistance of counsel under the Sixth Amendment to the United States Constitution, where Mr. Irish was coerced to accept a plea agreement or have his appointed counsel abandon him shortly before trial.

A brief memorandum of law is attached this Motion to Vacate or Set Aside Judgment or Sentence.

### RELIEF REQUESTED

Irish respectfully requests that this Court:

A. Vacate or set aside his conviction and sentence;

B. Hold an evidentiary hearing if the Court may find appropriate; and

C. Order such other relief as may be just or appropriate.

Respectfully submitted,

Johnathon Irish

|  |  |
|---|---|
|  | By his attorney, |
| Date:   February 19, 2016 | /s/ Brandon D. Ross_____ |
|  | Brandon D. Ross |
|  | NH Bar No. 19881 |
|  | B.D. Ross Law Office |
|  | 1181 Elm Street, Suite 202 |
|  | Manchester, NH 03101 |
|  | p: 603-369-6465 |
|  | f: 603-369-6466 |
|  | e: brandon@bdrosslaw.com |

**CERTIFICATE OF SERVICE**

A copy of this Motion was served upon the United States of America via the AUSA of record via this Court's electronic filing facilities.

Date:   February 19, 2016                                                                           /s/ Brandon D. Ross_____